UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:	CASE NO. 6:09-bk-06245-KSJ

KA AND KM DEVELOPMENT, INC.,	CHAPTER 11

        Debtor.	**EMERGENCY HEARING**
_____/	**REQUESTED**

**DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR
AUTHORITY FOR EVE MANAGEMENT, INC. TO PAY
PREPETITION WAGES, SALARIES, AND BENEFITS, AND
REQUEST FOR EMERGENCY HEARING**

**AND**

**CERTIFICATE OF NECESSITY OF
REQUEST FOR EMERGENCY HEARING**

**KA AND KM DEVELOPMENT, INC.** ("Debtor"), as debtor-in-possession, moves for authority to reimburse Eve Management, Inc., for prepetition wages, salaries, and benefits and requests an emergency hearing on the motion ("Motion"). In support, Debtor states as follows:

**Background**

1. On May 6, 2009 ("Petition Date"), Debtor filed a petition for reorganization under Chapter 11 of the Bankruptcy Code ("Code"); no trustee has been appointed.

2. The Debtor is a Florida corporation formed on March 16, 2005.

3. The Debtor was created to hold, develop, and sell the condo-hotel units ("Units") at the Villas at Lake Eve, a Condominium ("Lake Eve"), located at 12388 International Drive South, Orlando, Florida, 32821.

4. Lake Eve consists of 176 one-, two- and three-bedroom units. The amenities include swimming pools, saunas, a fitness center, a restaurant, a sundry shop, business facilities, among others.

5. Prior to the Petition Date, principals of the Debtor, Arti Kalidas and Vinod Kalidas, formed Eve Management Inc. ("Eve Management"). Eve Management was formed to manage Lake Eve's service operations. Eve Management entered into an agreement with Gevity, a third-party employee leasing company which supplies all of the employees, including, the management staff and the housekeeping, grounds maintenance, front desk/reservations staff ("Employees"). The employees are paid by Eve Management, through Gevity, from the funds generated by the operation of Lake Eve.

6. Gevity prepares the payroll, which includes a fee of 12.5% of the total payroll to cover the "employer" taxes to be paid, as well as Gevity's processing fee.

## Events Leading to Chapter 11 Filing

7. Since the height of the real estate bubble in 2005, Florida's real estate and tourism markets have seen losses on par with those of the Great Depression.

8. The Debtor completed construction in January of 2009, and a Certificate of Occupancy was issued on January 26, 2009.

9. Not surprisingly, the Debtor's business has been drastically affected by the downturn in the economy. Although the Debtor had contracts to sell 157 of the 176 units, the buyers, mostly overseas investors, were unable to obtain financing. Therefore, the Debtor has not completed a closing of a single a unit and has begun operating the property as a hotel.

10. In consideration of its business difficulties, the Debtor decided that reorganizing under Chapter 11 was in the best interest of all parties.

## Relief Requested

11. Eve Management receives funds from the Debtor to cover all payroll expenses for the Employees.

12. As of the Petition Date, there are 26 Employees who manage and operate Lake Eve. The Employees are paid every other Friday for services and expenses rendered or incurred through the preceding Sunday. The next pay day is May 8, 2009, which is all prepetition. .

13. Twenty-two of the Employees are hourly and are compensated at relatively modest levels. The remaining four Employees are salaried. The Payroll for the previous pay period is attached as **Exhibit A.**

14. By this Motion, the Debtor requests approval for Eve Management to pay the funds to Gevity to cover the prepetition wages, salaries, and benefits ("Compensation") of the Employees.

15. The Debtor also request approval to continuing paying to the General Manager the cell phone stipend of $75.00 and 100% of her health insurance premium, in the amount of $290.00 per month.

16. No amount to be paid to any individual is in excess of $10,000.00.

17. The Debtor has received the consent of SunTrust Bank, its secured lender, to use cash collateral to pay the Compensation.

18. If the Debtor does not receive permission for Eve Management to pay the Compensation, Employees will not receive payments and recompense for services and expenses already rendered or incurred. This would irreparably harm Employee morale at the time their services are needed most. Such an occurrence would jeopardize the Debtor's reorganization.

19. To maintain the continuity of the Debtor's business and to preserve the morale of its continuing labor force, it is essential that the Debtor be permitted to pay Eve Management.

20. The Debtor seeks authority to expend approximately $18,719.00, which will include fourteen (14) days of prepetition payments.

21. The Debtor believes that the requested payment is in the best interests of creditors

## CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

22. Operation of the Debtor's business requires the payment of Compensation on a biweekly basis.

23. Debtor will be unable to timely pay the Compensation if an emergency hearing is not granted.

24. Employees have been at risk since the filing of the Petition and will continue to be at risk until a determination by this Court is made as to the right to reimburse Graves.

25. The Debtor and its counsel were aware prior to the Petition Date that payment of Compensation would be an immediate issue but could not seek the relief sought herein until the Petition Date; this Motion was filed simultaneously with the commencement of this Case.

26. The Debtor estimates that approximately 15 minutes will be necessary for a hearing on this Motion.

27. The Debtor and counsel are prepared to appear on two hours' notice at a hearing to demonstrate that the request for an emergency hearing is not the result of the Debtor's or counsel's procrastination or lack of attention.

**WHEREFORE**, KA and KM Development, Inc., requests that this Court grant its request for an emergency hearing and its request for authority for Eve Management to pay the

Compensation within the limits stated, and also that this Court grant such other relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 7th day of May 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
Latham, Shuker, Eden & Beaudine, LLP
390 North Orange Ave., Suite 600
PO Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone: (407) 481-5800
Facsimile: (407) 481-5801
rshuker@lseblaw.com
jhollenkamp@lseblaw.com
Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

KA AND KM DEVELOPMENT, INC.,

CASE NO. 6:09-bk-06245-KSJ

CHAPTER 11

Debtor.
_____/

## Certificate of Service

I HEREBY CERTIFY that a true copy of **DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR AUTHORITY FOR EVE MANAGEMENT, INC. TO PAY PREPETITION WAGES, SALARIES, AND BENEFITS, AND REQUEST FOR EMERGENCY HEARING**, together with all exhibits, has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: KA and KM Development, Inc., Attn: Arti Kalidas, 8865 Commodity Circle, Suite 14B, Orlando, FL 32819; SunTrust Bank, c/o Denise Dell-Powell, Esq., Akerman Senterfitt, 420 S. Orange Avenue, Suite 1200, Orlando, FL 32801; the secured creditors and the twenty largest unsecured creditors as shown on the matrices attached to the original motion filed with the Court; and the U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 7th day of May 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire

Adrienne and Alan Jessop
160 Lower Shelton Road
Marston, Moretaine
Bedford, Bedfordshir, UK

Andrew and Lisa Bryant
Culver Farm Pennsylvania Ln
Tiptree, Colchester
Essex CO5 0UD, UK

Andrew Brown
50 Aldershot Road
Fleet
Hampshire GU51 3FT, UK

Canndy Wang
Room 3905
Two Exchange Square
8 Connaught Road
Central Hong Kong

Charles Fleming
c/o Peter R. McGrath
801 N. Magnolia, Ste. 317
Orlando, FL 32803

Chris and Sarah Oglethorpe
17 Cunningham Hill Road
St. Albans
Hertfordshire AL1 5BX, UK

David & Bernadette Futerman
22 The Ridgeway
London N3 2PH, UK

David and Kevin Bissett
9 Stoneyford Road
Dulerh, Co Meath Duleek
County Meath
IRELAND

Edward and Nikki Milner
80 Weston Park
London N8 9TB, UK

Gary Nicol and Diane Nicol
77 Braemar Crescent
Falkirk, Falkirk
Strilingshire FK2 9HD, UK

Ian Charles Matthews and
Marie Georgina
35 Ridgeway
Wargrave, Reading
Berkshire RG10 8AS, UK

Ian Peirce and Freda Peirce
7 Lake Road
Chandlers Ford, Eastleigh
Hants SO53 1E, UK

Josephine Jones
17 Kingswood Lane
Warlingham, Surrey CR6 9AE, UK

Martin and Wendy Southgate
30 Rosebery Road
Alresford
Hampshire SO24 9HQ, UK

Michael Davies
Apartment 25, Ethos Crt
City Road
Chester CH1 3AT

Philip and Jane Horner
9 Westbourne Gardens
Southport
Merseyside PR8 2EZ, UK

Robert and Susan Mann
Crossmead, Buttons Lane
West Wellow, Romsey
Hampshire SO51 6BR, UK

Stephen & Catherine Russell
45 Reay Avenue
East Kilbride, Glasgow
Lanarkshire G74 1QT, UK

Stephenand Gail Graham
The Paddock
Tilston, Malpas
Cheshire SY14 7DR, UK

Teresa & James F Rooney
82 Newry Road
Mayobridge, Co Down
NO IRELAND BT34 2EU

Eve Management, Inc
8865 Commodity Circle
Suite 14B
Orlando, FL 32819

SunTrust Bank
c/o Denise Dell-Powell
Akerman Senterfitt
420 S Orange Ave, Ste 1200
Orlando, FL 32801

SunTrust Bank
Attn: President
7455 Chancellor
Mail Code FL-ORL-9026
Orlando, FL 32809

Urban Thier Federer &
Jackson
200 S Orange Ave, Ste 2025
Orlando, FL 32801-3439

## DEPARTMENT SUMMARY 79973.Eve Management Inc   B1-SUNDAY

Supplemental Checks | Customize Payroll Page | View Submissions | HR Self-Service

| | |  | | |
|---|---|---|---|---|
| **Client Name:** | Eve Management Inc | | **Client Number:** | 79973 |
| **Payroll Name:** | B1-SUNDAY | | **Period/Check Date:** | 20-Apr-2009 - 03-May-2009/08-May-2009 |
| **Creation Time:** | 06-May-2009 10:58 A.M.EST/EDT | | **Status:** | Submitted on 06-May-2009 02:13 P.M. |

* Changes after payroll submission will not be reflected here
* Click to View/Print individual employees
* Click on employee link to edit payroll entries

**View/Print by** Employees - **Departments** - Locations

| Dept Sub Dept Employee | Origin | Pay/Deductions Type | Hours | Rate | Multiplier | Total Deductions | WC |
|---|---|---|---:|---:|---:|---:|---|
| | Web | Time Entry Wages | 15.00 | 7.510 | | 112.65 | 0.00 9058 |
| | | | 33.50 | 8.250 | | 276.38 | 0.00 9052 |
| | | | 62.00 | 9.500 | | 589.00 | 0.00 9058 |
| | | | 13.90 | 8.250 | | 114.68 | 0.00 9052 |
| | | | 72.00 | 9.500 | | 684.00 | 0.00 9052 |
| | | | 56.00 | 10.000 | | 560.00 | 0.00 9052 |
| | Web | Overtime | 0.50 | 15.000 | | 7.50 | 0.00 9052 |
| | Web | Time Entry Wages | 23.50 | 9.250 | | 217.38 | 0.00 9058 |
| | | | 73.00 | 9.750 | | 711.75 | 0.00 9058 |
| | | | 34.00 | 8.250 | | 280.50 | 0.00 9052 |
| | | | 35.50 | 9.500 | | 337.25 | 0.00 9052 |
| | | | 40.00 | 9.500 | | 380.00 | 0.00 9052 |
| | | | 0.00 | 7.250 | | 0.00 | 0.00 9052 |
| | | | 20.00 | 7.500 | | 150.00 | 0.00 9058 |
| | | | 80.00 | 0.000 | | 2884.62 | 0.00 9052 |
| | | | 0.00 | 0.000 | | 0.00 | 0.00 9058 |
| | | | 5.00 | 9.500 | | 47.50 | 0.00 9052 |
| | | | 26.00 | 8.500 | | 221.00 | 0.00 9052 |
| | | | 80.00 | 10.500 | | 840.00 | 0.00 9052 |
| | Web | Overtime | 20.75 | 15.750 | | 326.82 | 0.00 9052 |
| | Web | Time Entry Wages | 52.00 | 7.750 | | 403.00 | 0.00 9058 |
| | Web | TIP IN NET | 0.00 | 0.000 | | 25.26 | 0.00 9058 |
| | Web | Time Entry Wages | 45.00 | 7.750 | | 348.75 | 0.00 9058 |
| | Web | TIP IN NET | 0.00 | 0.000 | | 18.20 | 0.00 9058 |
| | Web | Time Entry Wages | 80.00 | 0.000 | | 1346.15 | 0.00 9052 |
| | | | 80.00 | 0.000 | | 1730.77 | 0.00 9052 |
| | | | 40.00 | 0.000 | | 730.77 | 0.00 9052 |
| | | | 80.00 | 0.000 | | 1461.54 | 0.00 9052 |
| | | | 0.00 | 7.500 | | 0.00 | 0.00 9058 |
| | Web | TIP IN NET | 0.00 | 0.000 | | 0.00 | 0.00 9058 |
| | Web | Time Entry Wages | 32.00 | 9.500 | | 304.00 | 0.00 9052 |

**Pay/Deductions Type Summary**

| Pay/Deductions Type | Hours | Total Deductions |
|---|---|---|

|  |  |  |  |
|---|---:|---:|---:|
| Overtime | 21.25 | 334.32 | 0.00 |
| TIP IN NET | 0.00 | 43.46 | 0.00 |
| Time Entry Wages | 1078.40 | 14731.69 | 0.00 |
| **Client Totals** | **1099.65** | **15109.47** | **0.00** |

For comments, questions or technical support, contact the Administrator
or call toll-free 1.800.372.1795 from
7:00 a.m. to 7:00 p.m. Eastern Standard Time, Monday through Friday.

This Web site and its contents, graphics and text are © 2003 Gevity HR, Inc.
All Rights Reserved.