

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## PRO MEMO

Monday
May 11, 2009

**HONORABLE KAREN S. JENNEMANN**  COURTROOM B

CASE NUMBER: 09-06245-6J1   FILING DATE: 05/06/2009 (BAPCPA)   HEARING TIME: 09:30 A.M.

**DEBTOR:** KA AND KM DEVELOPMENT, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

1) EMERGENCY MOTION/APPLICATION BY DEBTOR TO PAY PREPETITION WAGES, SALARIES AND BENEFITS (DOC #4)

2) EMERGENCY MOTION BY DEBTOR TO USE CASH COLLATERAL (DOC #5)

3) EMERGENCY MOTION BY DEBTOR TO DETERMINE ADEQUATE ASSURANCE OF PAYMENT FOR UTILITY SERVICE (DOC #6)

APPEARANCES:

ELIZABETH GREEN: DEBTOR ATTY
DENISE DELL-POWELL: SUNTRUST
RICHARD FRANBOWL: PROSPECTIVE PURCHASERS

RULING:

DEBTOR'S EXHIBIT NO. 1 ADMITTED

1) GRANTED: ORDER BY GREEN

2) PRELIMINARILY GRANTED: HEARING CONTINUED TO 5/27/09 AT 10:15AM: ORDER BY GREEN

3) GRANTED: ORDER BY GREEN

DEBTOR TO FILE MOTION TO PAY INSIDER WAGES; HEARING SCHEDULED FOR 5/27/09 AT 10:15AM (CASE MANAGER TO NOTICE)