

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
May 27, 2009

## HONORABLE KAREN S. JENNEMANN

COURTROOM B

CASE NUMBER: 09-06245-6J1     FILING DATE: 05/06/2009 (BAPCPA)     HEARING TIME: 10:15 A.M.

DEBTOR: KA AND KM DEVELOPMENT, INC

**Debtor Atty:** ELIZABETH A GREEN
**Trustee:** UNITED STATES TRUSTEE - ORL

HEARING:

1) EMERGENCY MOTION BY DEBTOR TO USE CASH COLLATERAL (DOC #5)

2) MOTION - APPLICATION FOR COMPENSATION OF OFFICERS AND INSIDER WAGES (DOC #23)

3) MOTION/APPLICATION BY DEBTOR TO PAY ADDITIONAL PREPETITION WAGES, SALARIES, AND BENEFITS (DOC #36)

4) MOTION BY DEBTOR TO EXTEND DEADLINE TO FILE SCHEDULES OR PROVIDE REQUIRED INFORMATION (DOC #38)

APPEARANCES:

ELIZABETH GREEN: DEBTOR ATTY
MR. & MRS. KALIDAS
DENISE DELL-POWELL: ATTY SUNTRUST
ELENA ESCAMILLA: ATTY UST
JOHN URBAN: ATTY 70 CONTRACT HOLDERS

RULING:

DEBTOR'S EXHIBIT NO. 1 - ADMITTED

1) GRANTED ON A PRELIMINARY BASIS THRU 6/30/09; CON'T TO 7/1/09 AT 10:15 AM; ORDER BY GREEN

2) GRANTED: ORDER BY GREEN

3) GRANTED: ORDER BY GREEN

4) WITHDRAWN (AOCNFNG)