# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

                                               **CASE NO. 6:09-bk-06245-KSJ**

**KA AND KM DEVELOPMENT, INC.,**

                                               **CHAPTER 11**

                    **Debtor.**

_____/

## INTERIM ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO USE CASH COLLATERAL ON A PRELIMINARY BASIS
### and
### NOTICE OF CONTINUED HEARING ON JULY 1, 2009 at 10:15 a.m.

**THIS CASE** came on for hearings on May 27, 2009 ("Hearing") on the Emergency Motion to Use Cash Collateral ("Motion") (Doc. No. 5) of KA and KM Development, Inc. ("Debtor"), for authority to use cash collateral of SunTrust Bank ("SunTrust") and for continued hearing on July 1, 2009 ("Continued Hearing") for Debtor's authority for continued use of cash collateral of SunTrust. The Hearing was scheduled as an emergency preliminary hearing upon Debtor's request, and notice of the Hearing was provided by telephonic notice, electronic transmission, facsimile, and/or by the United States Trustee. Pursuant to F.R.B.P. 4001, Debtor's use of cash collateral was considered only on a preliminary basis, subject to a final order on use of cash collateral.

Upon Consideration of the Motion, the proffer of evidence presented by the Debtor in support of the Motion, the preliminary nature of this order, and noting the consent of SunTrust to the temporary use of cash collateral on the terms provided herein, it is hereby

**ORDERED:**

1.      The Motion is granted on a preliminary basis to the extent provided herein.

2.     The authority granted hereunder shall continue **until Wednesday, July 1, 2009 at 10:15 a.m., at which time this Court will hold a continued hearing** on the use of cash collateral, at which this Court may authorize continued use of cash collateral.

3.     The Debtor shall not use, sell, or expend, directly or indirectly, the "cash collateral" of SunTrust, as that term is defined in § 363(a) of the Bankruptcy Code (the "Cash Collateral"), except upon the terms and conditions set forth in this Interim Order.  The Debtor may use Cash Collateral solely to pay the expense items set forth on the budget attached hereto as **<u>Exhibit A</u>** (the "Budget"), subject to a 10% (by line items and in the aggregate) variance; provided, however, no amounts may be expended for prepetition debt without a prior order of the Court.

4.     This order is entered without prejudice to any other rights of the Debtor, SunTrust, and any creditors' committee appointed in this case.

5.     During the Cash Collateral period, the Debtor will furnish to SunTrust, by no later than Monday of each week (for the period ended the prior Wednesday) a budget to actual report of all line items reported for the prior budgeted week. The Debtor shall provide SunTrust and its financial advisors and counsel access to its financial and accounting personnel for the purpose of verifying budgets, actual results and other financial information provided to SunTrust.  The Debtor shall also provide SunTrust access to its property which represents SunTrust's collateral for the purpose of inspecting and valuing such properties and copies of insurance certificates and policies for such properties.

6.     SunTrust asserts a lien on the Cash Collateral.  Accordingly, as adequate protection to SunTrust's rights and interests, SunTrust is hereby granted a replacement lien on all of the assets and property acquired by the Debtor's estate or by the Debtor (the "Post-Petition

Collateral") on and after the date on which the Debtor filed its voluntary petition (the "Petition Date"). The post-petition lien and security interest in the Post-Petition Collateral granted to SunTrust, pursuant to this Order, shall be valid and perfected to the same extent, validity, and priority as its prepetition lien, effective as of the Petition Date, without the need for the execution or filing of any future document or instrument otherwise required to be executed or filed under applicable nonbankruptcy law.

7.      The Debtor shall open a debtor-in-possession bank account at SunTrust ("DIP Account"). The Debtor shall transfer funds held in its bank account to the DIP Account within five (5) business days of opening the DIP Account. To the extent funds of the Debtor are collected and held in an account in the name of Eve Management, Inc. ("Eve Management"), Eve Management shall open a bank account and deposit said funds into a separate bank account with SunTrust. The Eve Management account shall be titled as "Eve Management For the Benefit of KA and KM Development, Inc., Debtor-In-Possession".

8.      The Debtor's use of Cash Collateral, to the extent and on the terms and conditions set forth herein, is in the best interests of creditors of the estate.

9.      **A CONTINUED HEARING ON USE OF CASH COLLATERAL IS SCHEDULED FOR WEDNESDAY, JULY 1, 2009 AT 10:15 A.M. BEFORE THE**

**HONORABLE KAREN S. JENNEMANN, U.S. BANKRUPTCY COURT, COURTROOM B, 135 W. CENTRAL BLVD, ORLANDO, FL 32801.**

   **DONE AND ORDERED on June 18, 2009.**


_____

**KAREN S. JENNEMANN**
United States Bankruptcy Judge


Copies furnished to:

Debtor:  KA and KM Development, Inc., Attn:  Arti Kalidas, 8865 Commodity Circle, Suite 14B, Orlando, FL  32819;

Attorney for Debtor:  Elizabeth A. Green, Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802;

SunTrust Bank, c/o Denise Dell-Powell, Esq., Akerman Senterfitt, 420 S. Orange Avenue, Suite 1200, Orlando, FL  32801;

Elena Escamilla, Esq., U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 1007-2 Parties-in-Interest List

**Lake Eve**
**Cash Budget**

| | PREV. FCAST May 3 - 9 | ACTUAL May 3 - 9 | PREV. FCAST May 10 - 16 | ACTUAL May 10 - 16 | PREV. FCAST May 17 - 23 | ACTUAL May 17 - 23 | PREV. FCAST May 24 - 30 | ACTUAL May 24 - 30 | May 31 - Jun 6 | Jun 7 - 13 |
|---|---|---|---|---|---|---|---|---|---|---|
| ADR | 85.71 | 84.23 | 87.50 | 88.30 | 71.43 | 82.46 | 90.47 | | 88.71 | 88.71 |
| Occupancy | 28.41% | 24.68% | 32.47% | 20.86% | 56.82% | 30.93% | 34.90% | | 40.61% | 64.52% |
| Rooms Revenue | 30,000 | 25,606 | 35,000 | 22,693 | 50,000 | 31,419 | 38,900 | | 44,384 | 70,516 |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | 732.71 | 1,189.23 | 1,057.25 | - | 813.17 | 3,689.72 | 923.18 | 11,399.31 | 1,466.75 | 2,016.29 |
| Accounts Receivable | - | | 10,000.00 | | 10,000.00 | | 22,000.00 | | | 24,000.00 |
| Credit Cards | 11,000.93 | 6,613.35 | 12,822.49 | 12,442.18 | 18,501.86 | 8,411.01 | 14,230.43 | 15,091.48 | 16,155.69 | 25,668.07 |
| Gift Shop - Monthly Rental | | | | | | | | | 500.00 | |
| Other Non Revenue Collections (Sales Tax) | 2,043.03 | | 2,381.32 | | 3,436.06 | | 2,354.98 | | 1,050.12 | 3,228.42 |
| Resort Tax (6%) | 1,571.56 | | 1,831.78 | | 2,643.12 | | 2,173.83 | | 969.34 | 2,980.08 |
| **Total Cash Receipts** | 15,348.24 | 7,802.58 | 28,092.85 | 12,442.18 | 35,394.21 | 12,100.73 | 41,682.41 | 26,490.79 | 20,141.89 | 57,892.87 |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 4,821.41 | | 5,510.18 | 3,127.30 | 9,642.82 | 8,559.23 | 7,064.88 | 7,064.88 | 9,947.82 | 0.00 |
| Front Office Weekly Payroll | 1,695.14 | | 1,937.31 | 5,765.98 | 3,390.29 | 6,518.02 | 0.00 | | 5,402.07 | 0.00 |
| Food Weekly Payroll | 744.30 | | 850.63 | 5,683.08 | 1,488.59 | 4,679.78 | 0.00 | | 2,653.78 | 0.00 |
| A&G Weekly Payroll | 5,322.89 | | 5,322.89 | 3,295.86 | 5,322.89 | 3,888.84 | 0.00 | | 4,889.34 | 0.00 |
| Sales & Marketing Weekly Payroll | 1,875.00 | | 1,875.00 | | 1,875.00 | | 7,500.00 | | 0.00 | 0.00 |
| Maintenance Payroll | 1,378.77 | | 1,378.77 | 847.42 | 1,378.77 | 1,505.33 | 0.00 | 1,837.10 | 2,080.33 | 0.00 |
| Insurance - WC (included above) | 537.50 | | 600.00 | | 975.00 | | 0.00 | | 0.00 | 0.00 |
| Insurance - Building | 2,011.04 | | 2,298.33 | | 4,022.08 | | 13,791.67 | 13,791.67 | 0.00 | 0.00 |
| Employee Benefits / Payroll Taxes (included above) | 1,550.16 | | 1,771.61 | | 3,100.31 | | 0.00 | | 0.00 | 0.00 |
| Property Management System | 653.89 | | 653.89 | | 653.89 | | 5,015.55 | 5,015.55 | 0.00 | 2,866.75 |
| Food for Restaurant | 469.58 | | 536.67 | | 939.17 | | 0.00 | | 0.00 | 896.46 |
| Food Supplies for Restaurant | 117.07 | | 133.79 | | 234.14 | | 0.00 | | 0.00 | 234.14 |
| Cleaning Supplies for Restaurant | 58.45 | | 66.80 | | 116.90 | | 0.00 | | 64.89 | 66.80 |
| Cleaning Supplies for Housekeeping / Guest Supplies | 680.33 | | 777.52 | | 1,360.65 | | 0.00 | | 0.00 | 1,360.65 |
| Supplies for Gift Shop | 58.77 | | 67.17 | | 117.54 | | 0.00 | | 0.00 | 0.00 |
| Maintenance Supplies | 1,502.17 | | 1,525.33 | | 1,664.33 | | 0.00 | | 1,635.72 | 1,340.00 |
| Utilities and Cable | 3,857.51 | | 4,408.58 | | 7,715.02 | | 0.00 | | 22,000.00 | 0.00 |
| Telephone and Internet Expense | 347.55 | | 397.20 | | 695.10 | | 1,405.00 | | 0.00 | 0.00 |
| Laundry | 427.07 | | 488.08 | | 854.15 | | 0.00 | | 0.00 | 854.15 |
| Guest Transportation | 218.75 | | 250.00 | | 437.50 | | 0.00 | | 0.00 | 2,000.00 |
| Contract Labor | 69.27 | | 79.17 | | 138.54 | | 0.00 | | 0.00 | 0.00 |
| Beer, Liquor, Wine Purchases | 99.46 | | 113.67 | | 198.92 | | 122.19 | | 106.52 | 169.24 |
| Travel Agents Commission | 102.08 | | 116.67 | | 204.17 | | 125.42 | | 157.36 | 250.01 |
| Sales Tax paid in trailing month | | | | | 1,950.00 | | | | | |
| Resort Tax paid in trailing month | | | | | 1,500.00 | | | | | |
| Credit Card Fees | 469.22 | 476.37 | 536.25 | 0.00 | 938.44 | 1,022.60 | 576.47 | 0.00 | 998.63 | 1,586.62 |
| Sales & Marketing Expenses | 1,137.50 | | 1,137.50 | | 1,137.50 | | 2,821.31 | 3,577.71 | 0.00 | 0.00 |
| Maintenance Agreements | 783.75 | | 783.75 | | 783.75 | | 2,198.11 | | 0.00 | 0.00 |
| **TOTAL CASH OUT** | 30,988.62 | 476.37 | 33,616.74 | 18,719.64 | 52,835.45 | 26,173.80 | 40,620.60 | 31,286.91 | 49,936.46 | 11,624.82 |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | -15,640.39 | 7,326.21 | -5,523.90 | -6,277.46 | -17,441.24 | -14,073.07 | 1,061.82 | -4,796.12 | -29,794.57 | 46,268.05 |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 50,759.36 | 44,362.96 | 35,118.97 | 51,689.17 | 29,595.08 | 45,411.71 | 30,000.00 | 31,338.64 | 31,061.82 | 1,267.25 |
| **ENDING CASH BALANCE** | 35,118.97 | 51,689.17 | 29,595.08 | 45,411.71 | 12,153.84 | 31,338.64 | 31,061.82 | 26,542.52 | 1,267.25 | 47,535.30 |

Lake Eve
Cash Budget

| | Jun 14 - 20 | Jun 21 - 27 | Jun 28 - Jul 4 | Jul 5 - 11 | Jul 12 - 18 | Jul 19 - 25 | Jul 26 - Aug 1 | Aug 2 - 8 | Aug 9 - 15 | Aug 16 - 22 |
|---|---|---|---|---|---|---|---|---|---|---|
| ADR | 88.71 | 88.71 | 78.13 | 78.13 | 78.13 | 78.13 | 78.13 | 60.67 | 81.25 | 103.21 |
| Occupancy | 88.70% | 57.79% | 42.86% | 79.51% | 97.93% | 93.74% | 75.58% | 70.18% | 83.25% | 90.10% |
| Rooms Revenue | 96,937 | 63,163 | 41,249 | 76,531 | 94,254 | 90,224 | 72,742 | 52,453 | 83,338 | 114,562 |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | 1,313.79 | 1,340.07 | 1,366.87 | 1,394.21 | 1,422.09 | 1,450.53 | 1,479.54 | 1,509.14 | 1,539.32 | 1,570.10 |
| Accounts Receivable | 34,360.60 | 26,427.94 | 30,003.42 | 47,669.27 | 65,529.52 | 42,698.29 | 27,598.48 | 51,204.62 | 63,062.47 | 60,365.66 |
| Credit Cards | 35,285.13 | 22,991.39 | 14,860.72 | 27,571.72 | 33,956.71 | 32,504.59 | 26,206.53 | 18,980.10 | 30,155.48 | 41,453.84 |
| Gift Shop - Monthly Rental | | | 500.00 | | | | 500.00 | | | |
| Other Non Revenue Collections (Sales Tax) | 4,526.97 | 3,212.26 | 2,916.17 | 4,890.66 | 6,466.60 | 4,888.19 | 3,497.33 | 4,562.01 | 6,059.17 | 6,618.27 |
| Resort Tax (6%) | 4,178.74 | 2,965.16 | 2,691.85 | 4,514.46 | 5,969.17 | 4,512.17 | 3,228.30 | 4,211.08 | 5,593.08 | 6,109.17 |
| **Total Cash Receipts** | **79,665.23** | **56,936.81** | **52,339.02** | **86,040.32** | **113,344.10** | **86,053.78** | **62,510.18** | **80,466.94** | **106,409.51** | **116,117.04** |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 13,733.93 | 0.00 | 18,370.38 | 0.00 | 11,677.95 | 0.00 | 17,187.97 | 0.00 | 12,438.61 | 0.00 |
| Front Office Weekly Payroll | 4,312.17 | 0.00 | 5,361.47 | 0.00 | 3,649.91 | 0.00 | 4,785.37 | 0.00 | 3,913.52 | 0.00 |
| Food Weekly Payroll | 2,874.95 | 0.00 | 3,409.95 | 0.00 | 2,537.28 | 0.00 | 3,116.22 | 0.00 | 2,671.69 | 0.00 |
| A&G Weekly Payroll | 10,529.24 | 0.00 | 10,529.24 | 0.00 | 10,529.24 | 0.00 | 10,529.24 | 0.00 | 10,529.24 | 0.00 |
| Sales & Marketing Weekly Payroll | 0.00 | 7,500.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 0.00 | 0.00 | 0.00 | 7,500.00 |
| Maintenance Payroll | 2,480.33 | 0.00 | 2,480.33 | 0.00 | 2,360.33 | 0.00 | 2,360.33 | 0.00 | 2,470.33 | 0.00 |
| Insurance  - WC (included above) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance - Building | 13,791.67 | 0.00 | 0.00 | 0.00 | 0.00 | 13,791.67 | 13,791.67 | 0.00 | 0.00 | 13,791.67 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Management System | 0.00 | 0.00 | 2,615.55 | 0.00 | 0.00 | 0.00 | 2,615.55 | 0.00 | 0.00 | 0.00 |
| Food for Restaurant | 576.92 | 606.64 | 963.83 | 1,324.95 | 863.32 | 396.95 | 736.49 | 907.04 | 868.25 | 700.02 |
| Food Supplies for Restaurant | 143.83 | 110.71 | 175.89 | 241.80 | 157.55 | 80.38 | 149.13 | 183.67 | 175.82 | 141.75 |
| Cleaning Supplies for Restaurant | 116.90 | 71.81 | 122.28 | 92.60 | 127.29 | 82.94 | 105.98 | 77.88 | 95.91 | 91.81 |
| Cleaning Supplies for Housekeeping / Guest Supplies | 835.83 | 671.62 | 1,067.07 | 1,466.86 | 955.79 | 626.95 | 1,163.21 | 1,432.59 | 1,371.33 | 1,105.62 |
| Supplies for Gift Shop | | | | | | | | | | |
| Maintenance Supplies | 1,340.00 | 748.75 | 1,860.75 | 748.75 | 748.75 | 748.75 | 1,860.75 | 748.75 | 748.75 | 748.75 |
| Utilities and Cable | 0.00 | 0.00 | 22,000.00 | 0.00 | 0.00 | 0.00 | 22,000.00 | 0.00 | 0.00 | 0.00 |
| Telephone and Internet Expense | 1,405.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,405.00 | 0.00 | 0.00 | 0.00 | 1,405.00 |
| Laundry | 524.69 | 402.28 | 639.14 | 878.60 | 572.49 | 406.47 | 754.14 | 928.78 | 889.06 | 716.80 |
| Guest Transportation | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Contract Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beer, Liquor, Wine Purchases | 232.65 | 151.59 | 75.02 | 139.18 | 171.42 | 164.09 | 132.29 | 110.07 | 174.88 | 240.40 |
| Travel Agents Commission | 343.69 | 223.94 | 112.75 | 209.19 | 257.63 | 246.61 | 198.83 | 302.62 | 480.79 | 660.93 |
| Sales Tax paid in trailing month | 13,312.92 | | | | | 18,590.05 | | | | 25,077.17 |
| Resort Tax paid in trailing month | 12,288.85 | | | | | 17,160.05 | | | | 23,148.15 |
| Credit Card Fees | 2,181.08 | 1,421.17 | 680.61 | 1,262.77 | 1,555.19 | 1,488.69 | 1,200.24 | 998.63 | 1,586.62 | 2,181.08 |
| Sales & Marketing Expenses | 0.00 | 0.00 | 1,450.00 | 0.00 | 0.00 | 0.00 | 1,450.00 | 0.00 | 0.00 | 0.00 |
| Maintenance Agreements | 0.00 | 0.00 | 2,495.00 | 0.00 | 0.00 | 0.00 | 2,495.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL CASH OUT** | **81,024.63** | **11,908.51** | **76,409.25** | **6,364.70** | **36,164.15** | **62,688.60** | **88,632.41** | **5,690.03** | **38,414.81** | **77,509.16** |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | -1,359.40 | 45,028.30 | -24,070.23 | 79,675.62 | 77,179.95 | 23,365.17 | -26,122.23 | 74,776.91 | 67,994.70 | 38,607.89 |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 47,535.30 | 46,175.90 | 91,204.20 | 67,133.97 | 146,809.60 | 223,989.55 | 247,354.72 | 221,232.49 | 296,009.41 | 364,004.11 |
| **ENDING CASH BALANCE** | **46,175.90** | **91,204.20** | **67,133.97** | **146,809.60** | **223,989.55** | **247,354.72** | **221,232.49** | **296,009.41** | **364,004.11** | **402,612.00** |

# Lake Eve
## Cash Budget

| | Aug 23 - 29 | Aug 30 - Sept 5 | Sept 6 - 12 | Sept 13 - 19 | Sept 20 - 26 | Sept 27 - Oct 3 | Oct 4 - 10 | Oct 11 - 17 | Oct 18 - 24 | Oct 25 - 31 |
|---|---|---|---|---|---|---|---|---|---|---|
| ADR | 74.65 | 60.50 | 102.61 | 84.62 | 84.62 | 84.62 | 63.20 | 93.36 | 82.59 | 138.25 |
| Occupancy | 81.17% | 40.58% | 54.38% | 52.76% | 63.31% | 52.76% | 81.17% | 89.29% | 89.29% | 81.17% |
| Rooms Revenue | 74,647 | 30,250 | 68,750 | 55,000 | 66,000 | 55,000 | 63,200 | 102,700 | 90,850 | 138,250 |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | 1,601.51 | 1,633.54 | 1,666.21 | 1,699.53 | 1,733.52 | 1,768.19 | 1,803.56 | 1,839.63 | 1,876.42 | 1,913.95 |
| Accounts Receivable | 48,669.28 | 35,248.75 | 56,003.04 | 76,985.70 | 50,163.01 | 20,449.05 | 46,475.12 | 37,180.10 | 44,616.12 | 37,180.10 |
| Credit Cards | 27,010.85 | 11,011.03 | 25,025.07 | 20,020.05 | 24,024.06 | 20,020.05 | 22,736.04 | 36,946.07 | 32,683.06 | 49,735.09 |
| Gift Shop - Monthly Rental | | 500.00 | | | - | | 500.00 | | | |
| Other Non Revenue Collections (Sales Tax) | 4,919.21 | 3,006.89 | 5,266.83 | 6,305.37 | 4,822.16 | 2,630.49 | 4,498.73 | 4,818.20 | 5,024.45 | 5,649.49 |
| Resort Tax (6%) | 4,540.81 | 2,775.59 | 4,861.69 | 5,820.35 | 4,451.22 | 2,428.15 | 4,152.67 | 4,447.57 | 4,637.95 | 5,214.91 |
| **Total Cash Receipts** | **86,741.65** | **54,175.79** | **92,822.83** | **110,831.00** | **85,193.98** | **47,795.94** | **79,666.12** | **85,231.57** | **88,838.00** | **99,693.54** |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 18,855.54 | 0.00 | 10,770.08 | 0.00 | 11,948.92 | 0.00 | 11,726.67 | 0.00 | 14,942.62 | 0.00 |
| Front Office Weekly Payroll | 5,532.17 | 0.00 | 3,637.80 | 0.00 | 3,799.42 | 0.00 | 3,751.54 | 0.00 | 4,996.42 | 0.00 |
| Food Weekly Payroll | 3,496.99 | 0.00 | 2,509.74 | 0.00 | 2,526.10 | 0.00 | 2,503.63 | 0.00 | 3,223.83 | 0.00 |
| A&G Weekly Payroll | 10,529.24 | 0.00 | 9,965.25 | 0.00 | 9,401.26 | 0.00 | 9,401.26 | 0.00 | 10,529.24 | 0.00 |
| Sales & Marketing Weekly Payroll | 0.00 | 0.00 | 0.00 | 7,500.00 | 0.00 | 0.00 | 0.00 | 7,500.00 | 0.00 | 0.00 |
| Maintenance Payroll | 2,530.33 | 0.00 | 2,530.33 | 0.00 | 2,530.33 | 0.00 | 2,530.33 | 0.00 | 2,530.33 | 0.00 |
| Insurance  - WC (included above) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance - Building | 0.00 | 0.00 | 0.00 | 0.00 | 13,791.67 | 0.00 | 0.00 | 0.00 | 13,791.67 | 0.00 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Management System | 0.00 | 2,615.55 | 0.00 | 0.00 | 0.00 | 2,615.55 | 0.00 | 0.00 | 0.00 | 0.00 |
| Food for Restaurant | 619.96 | 984.99 | 1,354.03 | 882.27 | 416.63 | 946.88 | 757.50 | 909.00 | 757.50 | 671.60 |
| Food Supplies for Restaurant | 131.75 | 209.32 | 287.75 | 187.50 | 78.88 | 179.28 | 143.42 | 172.10 | 143.42 | 96.76 |
| Cleaning Supplies for Restaurant | 74.02 | 131.90 | 107.88 | 148.30 | 96.63 | 105.29 | 93.84 | 75.07 | 90.09 | 139.07 |
| Cleaning Supplies for Housekeeping / Guest Supplies | 852.86 | 1,355.02 | 1,862.70 | 1,213.71 | 507.82 | 1,154.13 | 923.30 | 1,107.96 | 923.30 | 914.80 |
| Supplies for Gift Shop | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance Supplies | 748.75 | 1,860.75 | 748.75 | 748.75 | 748.75 | 1,860.75 | 748.75 | 748.75 | 748.75 | 1,860.75 |
| Utilities and Cable | 22,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22,000.00 | 0.00 | 0.00 | 0.00 | 22,000.00 |
| Telephone and Internet Expense | 0.00 | 0.00 | 0.00 | 0.00 | 1,405.00 | 0.00 | 0.00 | 0.00 | 1,405.00 | 0.00 |
| Laundry | 624.82 | 992.71 | 1,364.64 | 889.19 | 367.65 | 835.58 | 668.46 | 802.15 | 668.46 | 506.00 |
| Guest Transportation | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Contract Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beer, Liquor, Wine Purchases | 156.64 | 72.60 | 165.00 | 132.00 | 158.40 | 132.00 | 109.12 | 177.32 | 156.86 | 238.70 |
| Travel Agents Commission | 430.66 | 178.75 | 406.25 | 325.00 | 390.00 | 325.00 | 220.00 | 357.50 | 316.25 | 481.25 |
| Sales Tax paid in trailing month | | | | | 21,776.71 | | | | 18,487.79 | |
| Resort Tax paid in trailing month | | | | | 20,101.58 | | | | 17,065.65 | |
| Credit Card Fees | 1,421.17 | 680.63 | 1,546.88 | 1,237.50 | 1,485.00 | 1,237.50 | 1,422.00 | 2,310.75 | 2,044.13 | 3,110.63 |
| Sales & Marketing Expenses | 1,550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,550.00 | 0.00 | 0.00 | 0.00 | 1,665.00 |
| Maintenance Agreements | 3,135.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,495.00 | 0.00 | 0.00 | 0.00 | 2,495.00 |
| **TOTAL CASH OUT** | **72,689.90** | **11,082.21** | **37,257.09** | **13,264.22** | **91,530.75** | **37,436.94** | **34,999.83** | **14,160.61** | **92,821.30** | **34,179.56** |
| **WEEKLY CASH EXCESS** | | | | | | | | | | |
| **(REQUIREMENTS)** | 14,051.76 | 43,093.58 | 55,565.74 | 97,566.78 | -6,336.77 | 10,359.00 | 44,666.29 | 71,070.96 | -3,983.30 | 65,513.99 |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 402,612.00 | 416,663.75 | 459,757.34 | 515,323.08 | 612,889.86 | 606,553.09 | 616,912.09 | 661,578.38 | 732,649.34 | 728,666.04 |
| **ENDING CASH BALANCE** | **416,663.75** | **459,757.34** | **515,323.08** | **612,889.86** | **606,553.09** | **616,912.09** | **661,578.38** | **732,649.34** | **728,666.04** | **794,180.02** |

|  | Nov 1 - 7 | Nov 8 - 14 | Nov 15 - 21 | Nov 22 - 28 |
|---|---|---|---|---|
| ADR | 73.68 | 85.56 | 84.74 | 122.50 |
| Occupancy | 77.11% | 73.05% | 77.11% | 81.17% |
| Rooms Revenue | 70,000 | 77,000 | 80,500 | 122,500 |
| **CASH IN** |  |  |  |  |
| **Cash Receipts** |  |  |  |  |
| Cash Deposits | 1,952.23 | 1,991.27 | 2,031.10 | 2,071.72 |
| Accounts Receivable | 42,224.08 | 68,614.13 | 60,697.11 | 92,365.17 |
| Credit Cards | 25,270.05 | 27,797.06 | 29,060.56 | 44,222.59 |
| Gift Shop - Monthly Rental | 500.00 | - | - | - |
| Other Non Revenue Collections (Sales Tax) | 4,387.12 | 6,266.73 | 5,834.25 | 8,878.20 |
| Resort Tax (6%) | 4,049.65 | 5,784.67 | 5,385.46 | 8,195.27 |
| **Total Cash Receipts** | **78,383.13** | **110,453.86** | **103,008.48** | **155,732.96** |
| **CASH OUT** |  |  |  |  |
| Rooms Weekly Payroll | 19,893.02 | 0.00 | 13,390.86 | 0.00 |
| Front Office Weekly Payroll | 6,273.22 | 0.00 | 4,326.10 | 0.00 |
| Food Weekly Payroll | 3,874.83 | 0.00 | 2,882.05 | 0.00 |
| A&G Weekly Payroll | 10,529.24 | 0.00 | 10,529.24 | 0.00 |
| Sales & Marketing Weekly Payroll | 0.00 | 7,500.00 | 0.00 | 0.00 |
| Maintenance Payroll | 2,530.33 | 0.00 | 2,530.33 | 0.00 |
| Insurance  - WC (included above) | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance - Building | 0.00 | 0.00 | 0.00 | 13,791.67 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Management System | 2,615.55 | 0.00 | 0.00 | 0.00 |
| Food for Restaurant | 1,091.35 | 965.43 | 1,469.13 | 820.50 |
| Food Supplies for Restaurant | 157.24 | 139.09 | 211.66 | 154.20 |
| Cleaning Supplies for Restaurant | 51.84 | 84.24 | 74.52 | 113.40 |
| Cleaning Supplies for Housekeeping / Guest Supplies | 1,486.55 | 1,315.03 | 2,001.13 | 1,022.40 |
| Supplies for Gift Shop | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance Supplies | 748.75 | 748.75 | 748.75 | 748.75 |
| Utilities and Cable | 0.00 | 0.00 | 0.00 |  |
| Telephone and Internet Expense | 0.00 | 0.00 | 1,405.00 | 0.00 |
| Laundry | 822.25 | 727.38 | 1,106.88 | 736.00 |
| Guest Transportation | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Contract Labor | 0.00 | 0.00 | 0.00 | 0.00 |
| Beer, Liquor, Wine Purchases | 132.00 | 145.20 | 151.80 | 231.00 |
| Travel Agents Commission | 395.00 | 434.50 | 454.25 | 691.25 |
| Sales Tax paid in trailing month |  |  |  | 26,403.09 |
| Resort Tax paid in trailing month |  |  |  | 24,372.09 |
| Credit Card Fees | 1,575.00 | 1,732.50 | 1,811.25 | 2,756.25 |
| Sales & Marketing Expenses | 0.00 | 0.00 | 0.00 | 1,550.00 |
| Maintenance Agreements | 0.00 | 0.00 | 0.00 | 3,135.00 |
| **TOTAL CASH OUT** | **54,176.16** | **13,792.11** | **43,092.94** | **76,525.60** |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | 24,206.97 | 96,661.75 | 59,915.55 | 79,207.36 |
| **BANK:** |  |  |  |  |
| **BEGINNING CASH BALANCE** | 794,180.02 | 818,386.99 | 915,048.74 | 974,964.29 |
| **ENDING CASH BALANCE** | **818,386.99** | **915,048.74** | **974,964.29** | **1,054,171.65** |