

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

Wednesday
July 01, 2009

HONORABLE KAREN S. JENNEMANN           COURTROOM B

CASE NUMBER: 09-06245-6J1    FILING DATE: 05/06/2009 (BAPCPA)    HEARING TIME: 10:15 A.M.

DEBTOR: KA AND KM DEVELOPMENT, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

HEARING:

"INITIAL STATUS CONFERNECE"

1) EMERGENCY MOTION BY DEBTOR TO USE CASH COLLATERAL (DOC #5)

APPEARANCES:

ELIZABETH GREEN: ATTY DEBTOR
VINOD KALIDAR: DEBTOR REP
DENISE DELL POWELL: ATTY SUNTRUST
ELENA ESCAMILLA: ATTY UST
JOHN URBAN: ATTY UNIT PURCHASERS

RULING:

DEBTOR'S EXHIBIT NO. 1 - ADMITTED

1) GRANTED ON A PRELIMINARY BASIS THROUGH 9/18/09: ORDER BY GREEN

CON'T HEARING ON CASH COLLATERAL SCHEDULED FOR 9/16/09 AT 10:15 AM AND DISCLSOURE STATEMENT IF TIMELY FILED (AOCNFNG)

prorpt2