UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                        Case No. 6:09-bk-06245-KSJ

KA AND KM DEVELOPMENT, INC.,

      Debtor.
_____/

## APPLICATION OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE SEEKING AUTHORIZATION TO EMPLOY ATTORNEY, DECLARATION OF ATTORNEY AND NUNC PRO TUNC APPROVAL REQUEST OF APPLICATION

The duly appointed Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case, applies for an order approving the employment of Roy S. Kobert ("Applicant") and the law firm of BROAD AND CASSEL, pursuant to 11 U.S.C. § 1103, to represent and assist the Committee in carrying out the Committee's duties under the United States Bankruptcy Code and states:

1. On May 6, 2009, KA and KM Development, Inc. (the "Debtor") filed a petition under Chapter 11 of the United States Bankruptcy Code.

2. The Debtor is continuing in possession of its respective property and is operating and managing it business, as a Debtor-in-Possession, pursuant to §§ 1107 and 1108 of the United States Bankruptcy Code.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2).

4. On June 26, 2009, the United States Trustee issued its *Notice of Appointment of Creditor's Committee* (DE# 67).

5. The Committee has reviewed the facts and legal issues in this case and has concluded that the assistance of counsel is necessary to enable it to discharge its statutory duties and powers. The Applicant will render all legal services as may be required in this case to properly represent the interests of the Committee.

6. Roy S. Kobert and the law firm of Broad and Cassel, are well known to this Court in commercial bankruptcy and business Debtor matters. Mr. Kobert is a past president of the Central Florida Bankruptcy Law Association and is designated "Board Certified" in business bankruptcy law by the American Bankruptcy Institute. The Committee has convened and selected the Applicant because he has the ability and experience to render the necessary assistance.

7. The Committee respectfully requests the entry of an order pursuant to 11 U.S.C. §§ 328(a) and 1103(a) of the Bankruptcy Code setting forth the procedures which Applicant will be compensated for its fees and costs. The Applicant has agreed to seek compensation pursuant to 11 U.S.C. §330 after application, notice and hearing.

8. The Committee requests that Applicant be paid pursuant to the Bankruptcy Code, except to the extent the Court grants a post-petition retainer to Applicant.

9. Applicant will be attending all meetings of creditors held in this case on behalf of the Committee and will pursue certain courses of action so as to not lose any additional time, pending review and confirmation of this Application. The Committee requests the *nunc pro tunc* approval of this Application to **August 10, 2009** so that these services, which are necessary, be included in any future fee application filed by Applicant.

WHEREFORE, the Committee requests that the Court approve the employment of Roy S. Kobert of Broad and Cassel.

DATED, this 12ᵉᵏ day of August, 2009.

By: _____
Dr. Robert Mann, as Vice Chair
Official Unsecured Creditors Committee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by either CM/ECF noticing or U.S. Mail to Attorney for Debtor: **Elizabeth A. Green, Esquire**, Latham Shuker Eden & Beaudine LLP, 390 N. Orange Avenue, Suite 600, Orlando, FL 32801; Debtor: **KA and KM Development, Inc.,** 8865 Commodity Circle, Suite 14B, Orlando, FL 32819; the **United States Trustee**, 135 W. Central Blvd., Room 620, Orlando, FL 32801; and to all parties listed on the **Unsecured Creditors Committee** and the **Local Rule 1007-2** matrices this 21 day of August, 2009.

BROAD AND CASSEL
Proposed Attorneys for the Official
 Unsecured Creditors Committee
Suite 1400
390 North Orange Avenue
Orlando, Florida 32801
PO Box 4961 (32802-4961)
Phone: (407) 839-4200

By: _____/s/ Roy S. Kobert_____
Roy S. Kobert, P.A.
Florida Bar #: 777153
rkobert@broadandcassel.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

KA AND KM DEVELOPMENT, INC.,

CASE NO. 6:09-bk-06245-KSJ
CHAPTER 11

Debtor.
_____/

**AFFIDAVIT IN SUPPORT OF COMMITTEE'S
APPLICATION FOR EMPLOYMENT OF COUNSEL
(F.R.B.P. 2014)**

STATE OF FLORIDA
COUNTY OF ORANGE

BEFORE ME, the undersigned authority personally appeared ROY S. KOBERT, who, upon being first duly sworn, says:

1. I am a partner of the law firm of Broad and Cassel. The firm maintains multiple offices for the practice of law, with its Orlando office located at 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801. I am familiar with the matters set forth herein and make this affidavit in support of the Committee's Application for Employment of Counsel (the "Application").

2. The Committee has requested that Broad and Cassel represent it for the reasons stated in the Application.

3. Upon being asked to undertake this representation, Broad and Cassel ran an exhaustive check of its computer conflict system. This system is utilized in the regular course of the business of Broad and Cassel, is deemed reliable, and is part of its business records of Broad and Cassel kept in the ordinary course of its legal practice.

4. A list of those persons or entities submitted to the conflict check system. This exhibit was created from the bankruptcy court's online matrix for this Debtor.

5. To the best of my knowledge, the members and associates of Broad and Cassel are "disinterested" (as such term is defined in 11 U.S.C. §101(14)), and neither hold nor represent any interest adverse to the Debtor, its affiliates, estate and creditors, or the Trustee. To the best of my knowledge, there are no connections with the Debtor, its estate, affiliates, and creditors, or the Trustee except as set forth below:

> (a) **SunTrust Bank** – Broad and Cassel currently represents this entity but does not and has not represented this entity in regard to legal matters involving the Debtor. This entity is represented by another law firm in this matter. Broad and Cassel advised the Committee during the interview process that the undersigned will not represent the Committee in any matters directly adverse to this entity. The undersigned has not performed legal service for SunTrust, nor has any member of the Orlando office of Broad and Cassel.
>
> (b) **Waste Management** – Broad and Cassel has represented this entity in the past but does not represent this entity in regard to legal matters involving the Debtor.

6. No agreement exists, nor will any be made, to share any compensation received by Broad and Cassel for its services with any other firm. No promises have been received by Broad and Cassel or by any member, counsel or associate thereof as to compensation in connection with this case, other than in accordance with the provisions of the Bankruptcy Code.

7. I have agreed to represent the Committee at an hourly rate of $415.00 per hour and have also agreed to seek a third party fee retainer, but such request has not been a pre condition prior to the commencement of legal services.

2

Bankruptcy\4822-2773-7604.1
43410/0001

8. Accordingly, to the best of my knowledge, Broad and Cassel is well qualified to serve as counsel to the Committee.

ROY S. KOBERT
Florida Bar No. 777153

STATE OF FLORIDA )
COUNTY OF ORANGE )

SWORN TO AND SUBSCRIBED before me this 21st day of August, 2009, by ROY S. KOBERT, who is personally known to me.

(Signature of Notary Public)

MELISSA A. VANDER WEIDE
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD875070
EXPIRES 4/11/2013
BONDED THRU 1-888-NOTARY1

(Typed name of Notary Public)

Notary Public, State of Florida
Commission No. _____
My commission expires:

(SEAL)

Bankruptcy\4822-2773-7604.1
43410/0001

```
Label Matrix for local noticing          Adrienne and Alan Jessop           Andrew Brown
113A-6                                   160 Lower Shelton Road             50 Aldershot Road
Case 6:09-bk-06245-KSJ                   Marston, Moretaine                 Fleet
Middle District of Florida               Bedford, Bedfordshir, UK           Hampshire GU51 3FT, UK
Orlando
Fri Aug 21 15:11:38 EDT 2009

Andrew James Bryant                      Andrew and Lisa Bryant             Canndy Wang
Culver Farm Pennsylvania Ln              Culver Farm Pennsylvania Ln        Room 3905
Tiptree Colchester                       Tiptree, Colchester                Two Exchange Square
Essex CO5 0UD, UK                        Essex CO5 0UD, UK                  8 Connaught Road
                                                                            Central Hong Kong


Charles Fleming                          Chris and Sarah Oglethorpe         David & Bernadette Futerman
c/o Peter R. McGrath                     17 Cunningham Hill Road            22 The Ridgeway
801 N. Magnolia, Ste. 317                St. Albans                         London N3 2PH, UK
Orlando, FL 32803-3843                   Hertfordshire AL1 5BX, UK


David Bissett                            David and Kevin Bissett            Edward and Nikki Milner
9 Stoneyford Rd                          9 Stoneyford Road                  80 Weston Park
Duleek Co Meath                          Dulerh, Co Meath Duleek            London N8 9TB, UK
IRELAND                                  County Meath
                                         IRELAND

Gary Nicol and Diane Nicol               Ian Charles Matthews/Marie Georgina  Ian Peirce and Freda Peirce
77 Braemar Crescent                      35 Ridgeway                        7 Lake Road
Falkirk, Falkirk                         Wargrave Reading                   Chandlers Ford, Eastleigh
Strilingshire FK2 9HD, UK                Berkshire RG10 8AS UK              Hants SO53 1E, UK


Josephine  Bernadette Jones              Martin Southgate                   Martin and Wendy Southgate
17 Kingswood Lane                        30 Rosebery Rd                     30 Rosebery Road
Warlingham, Surrey CR6 9AE, UK           Alresford                          Alresford
                                         Hampshire SO24 9HQ, UK             Hampshire SO24 9HQ, UK


Michael Davies                           Philip and Jane Horner             Robert Mann
Apartment 25, Ethos Crt                  9 Westbourne Gardens               Crossmead, Buttons Ln
City Road                                Southport                          West Wellow, Romsey
Chester CH1 3AT UK                       Merseyside PR8 2EZ, UK             Hampshire SO51 6BR, UK


Robert and Susan Mann                    Stephen & Catherine Russell        Stephenand Gail Graham
Crossmead, Buttons Lane                  45 Reay Avenue                     The Paddock
West Wellow, Romsey                      East Kilbride, Glasgow             Tilston, Malpas
Hampshire SO51 6BR, UK                   Lanarkshire G74 1QT, UK            Cheshire SY14 7DR, UK


SunTrust Bank                            SunTrust Bank                      Teresa & James F Rooney
c/o Denise Dell-Powell                   c/o Michael A Nardella Esq         82 Newry Road
Akerman Senterfitt                       420 S Orange Ave Ste 1200          Mayobridge, Co Down
420 S Orange Ave, Ste 1200               PO Box 231                         NO IRELAND  BT34 2EU
Orlando, FL 32801-4904                   Orlando FL 32802-0231


Title Concepts LLC                       United States Trustee              End of Label Matrix
c/o L. William Porter III, Esq.          Elena Escamilla Trial Attorney     Mailable recipients    28
P.O. Box 2809                            US Dept of Justice                 Bypassed recipients     0
Orlando FL 32802-2809                    135 W Central Blvd  Suite 620      Total                  28
                                         Orlando  FL 32801-2440
```