

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PRO MEMO**

Wednesday
September 16, 2009

HONORABLE KAREN S. JENNEMANN  COURTROOM B

CASE NUMBER: 09-06245-6J1    FILING DATE: 05/06/2009 (BAPCPA)    HEARING TIME: 10:15 A.M.

DEBTOR: KA AND KM DEVELOPMENT, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

```
HEARING:

1) STATUS CONFERNECE

2) EMERGENCY MOTION BY DEBTOR TO USE CASH COLLATERAL (DOC #5)

3) APPLICATION FILED BY ROY KOBERT ON BEHALF OF UNSECURED CREDITOR COMMITTEE TO EMPLOY ROY
S. KOBERT, P.A., DECLARATION OF ATTORNEY AND NUNC RPO TUNC APPROVAL (DOC #76)

4) MOTION BY UNSECURED CREDITORS COMMITTEE FOR APPROVAL OF NOTICE PROCEDURES AND FOR
PROTECTIVE ORDER, NUNC PRO TUNC  (DOC #77)

5) "PRELIMINARY HEARING"

MOTION FOR RELIEF FROM STAY BY SUNTRUST BANK (DOC #79)

6) MOTION BY DEBTOR TO EXTEND EXCLUSIVITY PERIOD FOR FILING A CHAPTER 11 PLAN AND
DISCLOSURE STATEMENT (DOC #86)




APPEARANCES:

ELIZABETH GREEN: ATTY DEBTOR
VINOD KALIDAR: DEBTOR REP
JULES KOHEN: ATTY SUNTRUST
ELENA ESCAMILLA: ATTY UST
ROY KOBERT: ATTY UNSECURED CREDITORS COMMITTEE
BILL PORTER: ATTY TITLECONCEPTS, LLC
WILLIAM URBAN: ATTY PTLF ADV. CASE 09-852


NOTE: 2) CON'T FROM 7/01/09 - GRANTED ON A PRELIMINARY BASIS THRU 9/18/09

CASE SUMMARY (DOC #3)



5) MVT: DENISE DELL-POWELL
```



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PRO MEMO**

Wednesday
September 16, 2009

HONORABLE KAREN S. JENNEMANN    COURTROOM B

CASE NUMBER: 09-06245-6J1    FILING DATE: 05/06/2009 (BAPCPA)    HEARING TIME: 10:15 A.M.

DEBTOR: KA AND KM DEVELOPMENT, INC

Debtor Atty: ELIZABETH A GREEN
Trustee: UNITED STATES TRUSTEE - ORL

RULING:

1) CON'T TO 10/26/09 AT 2:00 PM (AOCNFNG)

2) GRANTED ON A PRELIMINARY BASIS THRU 10/26/09; CON'T TO 10/26/09 AT 2:00 PM (AOCNFNG)

3) WITHDRAWN (AOCNFNG)

4) CON'T TO 10/26/09 AT 2:00 PM (AOCNFNG)

5) GRANTED PURSUANT TO THE TERMS AND CONDITIONS DISCUSSED IN COURT: ORDER BY KOHEN

6) GRANTED THRU 1/04/10: ORDER BY GREEN

PENDING MOTION BY CREDITOR COMMITTEE FOR TURNOVER OF PROPERTY OF THE ESTATE FILED 9/14/09 (DOC #91) - SCHEDULED FOR 10/26/09 AT 2:00 PM (CASE MANAGER TO NOTICE)