In re:                                               CASE NO.  6:09-bk-06245-KSJ

**KA AND KM DEVELOPMENT, INC.,**          CHAPTER 11

Debtor.

_____/

## MOTION OF LATHAM, SHUKER, EDEN & BEAUDINE, LLP, TO WITHDRAW AS DEBTOR'S COUNSEL

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP,** ("Latham Shuker"), as attorneys of record for Debtor, KA and KM Development, Inc. ("KA and KM"), in the above-referenced case, moves for leave of Court to withdraw as attorney of record for KA and KM pursuant to L.R.B.P. 2091-1, and states:

1.     On May 20, 2009, the Court entered an order approving the employment of Elizabeth A. Green and Latham Shuker as Debtor's counsel (Doc No. 40), and Latham Shuker has continued to represent and provide prudent legal counsel to the Debtor.

2.     On September 18, 2009, Elizabeth A. Green and Jimmy D. Parrish left Latham Shuker and, as of Monday, September 21, 2009, were employed by the law firm of Baker Hostetler, LLP.

3.     The Debtor has elected to continue to employ the services of Ms. Green and Mr. Parrish at their new firm; therefore, Latham Shuker requests Court approval to withdraw as counsel to KA and KM, *nunc pro tunc* to September 21, 2009.

5.  KA and KM's last known address is KA and KM Development, Inc., Attn: Arti Kalidas, 8865 Commodity Circle, Suite 14B, Orlando, FL 32819.

**WHEREFORE,** Latham Shuker moves this Court for an Order permitting Latham Shuker to withdraw from further representation of KA and KM herein, and for such other and further relief as is just and proper in the circumstances.

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the Motion of Latham, Shuker, Eden & Beaudine, LLP, to Withdraw as Debtor's Counsel , has been furnished electronically and/or by U.S. First Class mail, postage prepaid, to: KA and KM Development, Inc., Attn: Arti Kalidas, 8865 Commodity Circle, Suite 14B, Orlando, FL 32819; Elizabeth A. Green, Esq., Baker Hostetler, LLP, PO Box 112, Orlando, FL 32802-0112; the Local Rule 1007-2 parties-in-interest list, as shown on the matrix attached to the original of this motion filed with the Court; and to the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801.

**RESPECTFULLY SUBMITTED** this 24th day of September 2009.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Avenue, Suite 600
P.O. Box 3353 (32802-3353)
Orlando, Florida 32801
Tel: 407-481-5800
Fax: 407-481-5801

Label Matrix for local noticing
113A-6
Case 6:09-bk-06245-KSJ
Middle District of Florida
Orlando
Thu Sep 24 15:04:15 EDT 2009

Adrienne and Alan Jessop
160 Lower Shelton Road
Marston, Moretaine
Bedford, Bedfordshir, UK

Andrew Brown
50 Aldershot Road
Fleet
Hampshire GU51 3FT, UK

Andrew James Bryant
Culver Farm Pennsylvania Ln
Tiptree Colchester
Essex CO5 0UD, UK

Andrew and Lisa Bryant
Culver Farm Pennsylvania Ln
Tiptree, Colchester
Essex CO5 0UD, UK

Canndy Wang
Room 3905
Two Exchange Square
8 Connaught Road
Central Hong Kong

Charles Fleming
c/o Peter R. McGrath
801 N. Magnolia, Ste. 317
Orlando, FL 32803-3843

Chris and Sarah Oglethorpe
17 Cunningham Hill Road
St. Albans
Hertfordshire AL1 5BX, UK

Jules S Cohen
Akerman Senterfitt
Post Office Box 231
420 S Orange Ave
Orlando, FL 32801-3313

David & Bernadette Futerman
22 The Ridgeway
London N3 2PH, UK

David Bissett
9 Stoneyford Rd
Duleek Co Meath
IRELAND

David and Kevin Bissett
9 Stoneyford Road
Dulerh, Co Meath Duleek
County Meath
IRELAND

Edward and Nikki Milner
80 Weston Park
London N8 9TB, UK

Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440

Gary Nicol and Diane Nicol
7 Drover Place
Stirlingshire
Scotland, UK FK3 4GX

Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Ian Charles Matthews/Marie Georgina
35 Ridgeway
Wargrave Reading
Berkshire RG10 8AS UK

Ian Peirce and Freda Peirce
7 Lake Road
Chandlers Ford, Eastleigh
Hants SO53 1E, UK

Josephine  Bernadette Jones
17 Kingswood Lane
Warlingham, Surrey CR6 9AE, UK

KA and KM Development, Inc
8865 Commodity Circle
Suite 14B
Orlando, FL 32819-9077

Roy S Kobert
Post Office Box 4961
Orlando, FL 32802-4961

Martin Southgate
30 Rosebery Rd
Alresford
Hampshire SO24 9HQ, UK

Martin and Wendy Southgate
30 Rosebery Road
Alresford
Hampshire SO24 9HQ, UK

Michael Davies
Apartment 25, Ethos Crt
City Road
Chester CH1 3AT UK

Michael Nardella
Akerman Senterfitt
420 S Orange Ave
Ste 1200
Orlando, FL 32801-4904

Philip and Jane Horner
9 Westbourne Gardens
Southport
Merseyside PR8 2EZ, UK

L William Porter III
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809

Robert Mann
Crossmead, Buttons Ln
West Wellow, Romsey
Hampshire SO51 6BR, UK

Robert and Susan Mann
Crossmead, Buttons Lane
West Wellow, Romsey
Hampshire SO51 6BR, UK

Stephen & Catherine Russell
45 Reay Avenue
East Kilbride, Glasgow
Lanarkshire G74 1QT, UK

```
Stephenand Gail Graham            SunTrust Bank                    SunTrust Bank
The Paddock                       c/o Jules S Cohen                c/o Michael A Nardella Esq
Tilston, Malpas                   Akerman Senterfitt               420 S Orange Ave Ste 1200
Cheshire SY14 7DR, UK             420 S Orange Ave Ste 1200        PO Box 231
                                  Orlando, FL 32801-4904           Orlando FL 32802-0231


Teresa & James F Rooney          Title Concepts LLC                United States Trustee
82 Newry Road                    c/o L. William Porter III Esq     Elena Escamilla Trial Attorney
Mayobridge, Co Down              P.O. Box 2809                     US Dept of Justice
NO IRELAND  BT34 2EU             Orlando FL 32802-2809             135 W Central Blvd  Suite 620
                                                                   Orlando  FL 32801-2440


End of Label Matrix
Mailable recipients    35
Bypassed recipients     0
Total                  35
```