# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

**KA AND KM DEVELOPMENT, INC.,**

Debtor.

_____/

**CASE NO. 6:09-bk-06245-KSJ**

**CHAPTER 11**

## KA AND KM DEVELOPMENT, INC.'S
## MOTION FOR SUBSTITUTION OF COUNSEL

Debtor, KA AND KM DEVELOPMENT, INC. ("KA and KM"), by and through its undersigned counsel, hereby requests that this Court approve the substitution of counsel of record in this case, and in support thereof states:

1.    KA and KM's current counsels of record in this case are Elizabeth A. Green, Esquire and Jimmy D. Parrish, Esquire, and the law firm of LATHAM, SHUKER, EDEN & BEAUDINE, LLP, 390 N. Orange Ave., Suite 600, Orlando, Florida 32801.

2.    Ms. Green and Mr. Parrish left the law firm of LATHAM, SHUKER, EDEN & BEAUDINE, LLP and are now with the law firm of BAKER & HOSTETLER LLP, 200 South Orange Avenue, SunTrust Center, Suite 2300, Orlando, Florida 32801-3432. Accordingly, KA and KM requests that Elizabeth A. Green, Esquire, and Jimmy D. Parrish, Esquire, of the law firm of BAKER & HOSTETLER LLP, be substituted as its counsel of record in this case.

3.    The granting of this Motion will not unduly delay these proceedings or prejudice any party hereto.

4.    KA and KM's consent to the substitution of counsel is attached hereto as **Exhibit** **"A."**

WHEREFORE, Debtor, KA and KM, respectfully requests that this Court approve the substitution of its counsel as set forth herein and enter the Order in the form attached hereto as **Exhibit "B,"** and granting such other relief as the Court deems just and proper.

Submitted this 26th day of October, 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green
Florida Bar No. 0600547
egreen@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 S. Orange Avenue
SunTrust Center, Suite 2300
P.O. Box 112 (32802-0112)
Orlando, Florida 32801-3432
Tel: 407-649-4000
Fax: 407-841-0168
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re:**

**KA AND KM DEVELOPMENT, INC.,**

**CASE NO. 6:09-bk-06245-KSJ**

**CHAPTER 11**

Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of **KA AND KM DEVELOPMENT, INC.'S MOTION TO SUBSTITUTE COUNSEL**, together with all exhibits, has been furnished this date by electronic mail and/or U.S. first-class mail to: KA and KM Development, Inc., Attn: Arti Kalidas, 8865 Commodity Circle, Suite 14B, Orlando, FL 32819; SunTrust Bank, c/o Jules Cohen, Esq., Akerman Senterfitt, 420 S. Orange Avenue, Suite 1200, Orlando, FL 32801; the Local Rule 1007-2 Parties-in-Interest Matrix, as shown on the service list attached to the original of this statement filed with the Court; and to the Office of the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, this 26th day of October 2009.

/s/ Elizabeth A. Green
Elizabeth A. Green, Esquire

Label Matrix for local noticing
113A-6
Case 6:09-bk-06245-KSJ
Middle District of Florida
Orlando
Mon Oct 26 11:19:19 EDT 2009

Andrew James Bryant
Culver Farm Pennsylvania Ln
Tiptree Colchester
Essex CO5 0UD, UK


Charles Fleming
c/o Peter R. McGrath
801 N. Magnolia, Ste. 317
Orlando, FL 32803-3843


David & Bernadette Futerman
22 The Ridgeway
London N3 2PH, UK


Edward and Nikki Milner
80 Weston Park
London N8 9TB, UK


Elizabeth A Green
Latham Shuker Eden & Beaudine LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801-1684

Josephine  Bernadette Jones
17 Kingswood Lane
Warlingham, Surrey CR6 9AE, UK


Martin Southgate
30 Rosebery Rd
Alresford
Hampshire SO24 9HQ, UK


Michael Nardella
Akerman Senterfitt
420 S Orange Ave
Ste 1200
Orlando, FL 32801-4904

Robert Mann
Crossmead, Buttons Ln
West Wellow, Romsey
Hampshire SO51 6BR, UK

Adrienne and Alan Jessop
160 Lower Shelton Road
Marston, Moretaine
Bedford, Bedfordshir, UK


Andrew and Lisa Bryant
Culver Farm Pennsylvania Ln
Tiptree, Colchester
Essex CO5 0UD, UK


Chris and Sarah Oglethorpe
17 Cunningham Hill Road
St. Albans
Hertfordshire AL1 5BX, UK


David Bissett
9 Stoneyford Rd
Duleek Co Meath
IRELAND


Elena L Escamilla
United States Trustee
135 W Central Blvd  Suite 620
Orlando, FL 32801-2440


Ian Charles Matthews/Marie Georgina
35 Ridgeway
Wargrave Reading
Berkshire RG10 8AS UK


KA and KM Development, Inc
8865 Commodity Circle
Suite 14B
Orlando, FL 32819-9077


Martin and Wendy Southgate
30 Rosebery Road
Alresford
Hampshire SO24 9HQ, UK


Philip and Jane Horner
9 Westbourne Gardens
Southport
Merseyside PR8 2EZ, UK


Robert and Susan Mann
Crossmead, Buttons Lane
West Wellow, Romsey
Hampshire SO51 6BR, UK

Andrew Brown
50 Aldershot Road
Fleet
Hampshire GU51 3FT, UK


Canndy Wang
Room 3905
Two Exchange Square
8 Connaught Road
Central Hong Kong


Jules S Cohen
Akerman Senterfitt
Post Office Box 231
420 South Orange Avenue
Orlando, FL 32801-3313


David and Kevin Bissett
9 Stoneyford Road
Dulerh, Co Meath Duleek
County Meath
IRELAND


Gary Nicol and Diane Nicol
7 Drover Place
Stirlingshire
Scotland, UK FK3 4GX


Ian Peirce and Freda Peirce
7 Lake Road
Chandlers Ford, Eastleigh
Hants SO53 1E, UK


Latham Shuker Eden & Beaudine LLP
Attn  R Scott Shuker
PO Box 3353
Orlando FL  32802-3353


Michael Davies
Apartment 25, Ethos Crt
City Road
Chester CH1 3AT UK


L William Porter III
Lowndes Drosdick Doster Kantor & Reed PA
Post Office Box 2809
Orlando, FL 32802-2809


R Scott Shuker
Latham Shuker Eden & Beaudine LLP
Post Office Box 3353
Orlando, FL 32802-3353

Stephen & Catherine Russell
45 Reay Avenue
East Kilbride, Glasgow
Lanarkshire G74 1QT, UK

Stephenand Gail Graham
The Paddock
Tilston, Malpas
Cheshire SY14 7DR, UK

SunTrust Bank
c/o Jules S Cohen
Akerman Senterfitt
420 S Orange Ave Ste 1200
Orlando, FL 32801-4904

SunTrust Bank
c/o Michael A Nardella Esq
420 S Orange Ave Ste 1200
PO Box 231
Orlando FL 32802-0231

Teresa & James F Rooney
82 Newry Road
Mayobridge, Co Down
NO IRELAND  BT34 2EU

Title Concepts LLC
c/o L. William Porter III Esq
P.O. Box 2809
Orlando FL 32802-2809

United States Trustee
Elena Escamilla Trial Attorney
US Dept of Justice
135 W Central Blvd  Suite 620
Orlando  FL 32801-2440

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801-2440

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37

# EXHIBIT "A"

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

MICHAEL J. BEAUDINE
THOMAS S. CARGILL
DANIEL H. COULTOFF
MARIANE L. DORRIS
JENNIFER S. EDEN
DOROTHY F. GREEN
ELIZABETH A. GREEN
CHIRAG B. KABRAWALA
JASON H. KLEIN
BRUCE D. KNAPP

390 NORTH ORANGE AVENUE, SUITE 600
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801
WWW.LSEBLAW.COM

PETER G. LATHAM
JUSTIN M. LUNA
LORI T. MILVAIN
VICTORIA I. MINKS
DANIEL P. OSTERNDORF
JIMMY D. PARRISH
R. SCOTT SHUKER
JONATHAN A. STIMLER
HEWETT G. WOODWARD

DIRECT DIAL: (407) 481-5830
EMAIL:PLATHAM@LSEBLAW.COM

September 16, 2009

*VIA E-MAIL artikalidas@gmail.com AND U.S. MAIL*
Ms. Arti Kalidas
KA and KM Development, Inc.
8865 Commodity Circle
Suite 14B
Orlando, FL 32819

> Re:  Notice to Client Concerning Legal Representation
>       KA and KM Development, Inc.

Dear Ms. Kalidas:

This is to advise you that Elizabeth A. "Liz" Green is withdrawing from Latham, Shuker, Eden & Beaudine, LLP and has joined the law firm of Baker Hostetler. Under the ethical rules of our profession, it is up to you, as the client, to decide how the legal matters which Liz has been primarily responsible for overseeing or assisting you will be handled in the future.

You have the option of transferring your files to Baker Hostetler, keeping your files with Latham, Shuker, Eden & Beaudine, LLP, or transferring them to another attorney or law firm. Should you elect to keep your matters with Latham, Shuker, Eden & Beaudine, LLP, R. Scott Shuker and Jennifer Eden will be responsible for handling and oversight of your matters.

Should you elect to transfer files to Baker Hostetler, Liz will continue to responsible for the handling and oversight of your matters. Details relating to contact information at the new firm are below:

> Baker Hostetler
> SunTrust Center
> 200 South Orange Avenue
> Suite 2300
> Orlando, Florida 32801
> Telephone:    407-649-4000

        This letter shall not impact the Client's responsibility for any fees and costs owed to the
Firm. To the extent the Firm is holding a retainer (and to the extent allowed by any applicable
Court), the Firm will apply all fees and costs owed through September 18, 2009. Any retainer
remaining after application of fees and costs will be transferred to Baker Hostetler.

        Please indicate below your wishes in this regard and return your selection to me. In the
meantime, I ask that you not hesitate to contact me if you should have any questions regarding
this transition.

                                        Sincerely,

                                        Peter G. Latham

PGL/bpm

_____        Please transfer all of the _____KA & KM Development_____ files including a copy of all
                       electronic files as they are currently maintained that Elizabeth A. Green or
                       others at this firm are working on to Baker Hostetler. I understand that
                       Latham, Shuker, Eden & Beaudine, LLP no longer represents me in the
                       legal matter(s) transferred.

_____        I choose to remain with the firm of Latham, Shuker, Eden & Beaudine,
                       LLP.

_____        Please transfer my files to the following attorney/law firm:

                       _____

Dated: ___September 17___, 2009    _____
                                        Client Representative

U:\PLatham\EAG Departure Ltrs\EAG Ltr 9-16-09 to Arti Kalidas.doc

# EXHIBIT "B"

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:

KA AND KM DEVELOPMENT, INC.,

Debtor.

_____/

CASE NO. 6:09-bk-06245-KSJ

CHAPTER 11

## ORDER

**THIS CAUSE** having come before the Court upon the Debtor's Motion for Substitution of Counsel, and the Court being duly advised in the premises, it is

**ORDERED AND ADJUDGED** that Elizabeth A. Green., Esq. and Jimmy D. Parrish, Esq. of the law firm Baker & Hostetler LLP are substituted as counsel for Elizabeth A. Green Esq. and Jimmy D. Parrish, Esquire of the law firm Latham, Shuker, Eden & Beaudine, LLP ("Latham Shuker"), as to Debtor, KA and KM DEVELOPMENT, INC., and it is directed that all future pleadings and correspondence regarding the above-captioned case be directed to Elizabeth A. Green., Esq. and Jimmy D. Parrish, Esq. of the law firm Baker & Hostetler LLP, 200 S. Orange Ave, SunTrust Center, Suite 2300, Orlando, FL 32801-3432. The law firm of Latham Shuker is relieved of all further responsibility for appearance in this matter.

**DONE AND ORDERED**

_____
**HONORABLE KAREN S. JENNEMANN**

6

Copies Furnished To:

Debtor:  KA and KM Development, Inc., Attn:  Arti Kalidas, 8865 Commodity Circle, Suite 14B, Orlando, FL  32819;

Debtor's Counsel:  Elizabeth A. Green, Esq. and Jimmy D. Parrish, Esq., Baker & Hostetler LLP, 200 S. Orange Ave., SunTrust Center, Suite 2300, Orlando, FL 32801-3432;

SunTrust Bank:  Jules Cohen, Esq., Akerman Senterfitt, 420 S. Orange Avenue, Suite 1200, Orlando, FL  32801;

United States Trustee:  United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 1007-2 Parties-In-Interest