**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO. 6:09-BK-06245-KSJ |
| KA AND KM DEVELOPMENT, INC., | CHAPTER 11 CASE |
| Debtor. | |
| _____/ | |

**FINAL ORDER (I) AUTHORIZING THE USE OF CASH COLLATERAL**
**AND (II) GRANTING ADEQUATE PROTECTION**

**THIS MATTER** came before the Court October 26, 2009, at 2:00 p.m upon the Debtor-in-Possession's Emergency Motion for Authority to Use Cash Collateral and Request for Emergency Preliminary Hearing (the "Cash Collateral Motion")(Dkt. No. 5). At the hearing, counsel for KA and KM Development, Inc. (the "Debtor") counsel for SunTrust Bank, a Georgia corporation ("SUNTRUST) set forth the terms and conditions related to the use of cash collateral. Roy Kobert, attorney for the Unsecured Creditors Committee, John Urban, attorney for the adversary defendants, and the United States Trustee had no objections to entry of a final order authorizing the use of cash collateral and the granting of adequate protection. After due consideration, the Court ORDERS:

1. The Cash Collateral Motion is **GRANTED** subject to the terms and conditions contained in this Order.

2. As provided in this Court's Guidelines for Motions Seeking Authority to Use Cash Collateral and Motions Seeking Approval of Postpetition Financing, any challenge or objection to the validity, perfection and amount of SUNTRUST's liens and claims as set forth herein shall be properly filed and served by any party in interest, including the Debtor or any creditors' committee, on or before 60 days from the entry of this Order. If no challenges or objections to the validity, perfection and amount of

{O1471720;1}

SUNTRUST's liens and claims as set forth herein are timely brought as provided in the preceding sentence, SUNTRUST shall be deemed to hold allowed secured claims as set forth herein. If a challenge or objection is timely filed by a party in interest, including the Debtor or any creditors' committee, SUNTRUST shall hold secured claims as provided in any further order entered upon such challenge or objection.

3. The Debtor is authorized to use SUNTRUST's Cash Collateral through January 31, 2010 (the "Termination Date"), to pay the ordinary and necessary operating expenses of its business in the amounts and solely for the purposes set forth in the budget, attached as Exhibit A. Without prior approval of SUNTRUST, the Debtor is permitted to use Cash Collateral for a particular line item in the Budget so long as: (a) such variation is equal to or less than a 10% increase in the amount listed in the Budget for such line item and (b) the total amount incurred during such applicable period does not increase.

4. Notwithstanding the items listed in the Budget, absent written consent of SUNTRUST or an Order of the Court, the Debtor shall not use the Cash Collateral: (a) to make any prepayments with respect to services which were not yet rendered, goods that have not been received, or any other item for which payment is not currently due, (b) to pay any increases in salaries or compensation for employees, other than increases in the normal course of business, or (c) to pay any part or portion of pre-petition claims (other than pre-petition wage claims as approved and Ordered by the Court) (the "Prohibited Uses").

5. As adequate protection for its interest in SUNTRUST's Cash Collateral, the Debtor grants SUNTRUST, effective as of the Petition Date valid and effective replacement security interests in and liens (the "Replacement Liens") on all property of the Debtor

to the same extent, and with the same priority, as the liens held by SUNTRUST on property of the Debtor as of the Petition Date (such collateral, collectively, with the proceeds and products of any and all of the foregoing, the "SUNTRUST Replacement Collateral"). No lien or security interest in any property of the Debtor granted or arising on or after the Petition Date shall be created or permitted to be *pari passu* with, or senior to, the liens and security interests of SUNTRUST in its prepetition collateral or the Replacement Liens, nor shall the Replacement Liens be altered by any plan. The grant of Replacement Liens hereunder shall be supplemental to the security interests and liens which SUNTRUST possesses pursuant to the Loan Documents.

6. The liens and security interests granted herein to SUNTRUST upon the SUNTRUST Replacement Collateral shall be deemed attached, perfected, and enforceable against the Debtor and all other persons including without limitation any subsequent Trustee (if appointed under Chapter 7 of the Bankruptcy Code), without the filing of any financing statements or other compliance with non-bankruptcy law. The Debtor shall, however, at SUNTRUST's request, execute and deliver any and all documents permitting such security interests to be filed or recorded with any appropriate agency or official. Any such filing or recording shall be deemed to have been filed or recorded on the date of the entry of this Order.

7. As further adequate protection for SUNTRUST for the diminution in the Cash Collateral resulting by and through Debtor's use thereof, upon the entry of the this Order, the Debtor shall pay to SUNTRUST $75,000.00 upon entry of this Order and a percentage of excess cash flow as set forth on the budget attached hereto as Exhibit A through January, 2010, with October's payment made November 5, 2009, and every

other month's payment made on the 5th day of each month. These payments shall be applied by SUNTRUST to the accrued interest.

8. The Debtor shall provide to SUNTRUST no later than on Tuesday of each week (a) a report covering the preceding week formatted as the Budget is formatted reporting actual receipts and expenditures as compared to the budgeted receipts and expenditures; (b) a report reflecting the aging of the Debtor's accounts receivable, specifying the account debtor and balances owed; (c) occupancy rates and statistics for all rooms and days operating; and (d) any other reports required under the terms of the Loan Documents.

9. The Debtor shall provide SUNTRUST copies of any reports provided to the Office of the United States Trustee (the "U.S. Trustee") at the time such reports are filed with the Court in the Bankruptcy Case. If these reports contain information required under subpart A of this subsection, they may be provided in lieu thereof.

10. The Debtor shall permit any authorized representatives of SUNTRUST from time to time, upon 24 hours notice to the Debtor, and during normal business hours, to examine and copy all the records and books of, and visit and inspect the business premises and offices of, the Debtor and/or to appraise the collateral of SUNTRUST at SUNTRUST's initial cost and expense, but which costs and expenses SUNTRUST reserves the right to seek to add to the balance of the debt owed to SUNTRUST by Debtor. The Debtor shall also provide SUNTRUST with all documents and disclosures as required by the Loan Documents.

11. The Debtor shall maintain its bank accounts at SunTrust. To the extent any funds of the Debtor flow directly to the management company, the management company

shall maintain an account at SunTrust into which the Debtor's funds shall be deposited.

12. The Debtor shall procure and maintain such insurance as required by the U.S. Trustee. Any such insurance shall at all times name SUNTRUST as a loss-payee or additional-insured and the Debtor shall furnish evidence of such insurance promptly to SUNTRUST upon request.

**DONE AND ORDERED** on November 4, 2009.

**KAREN S. JENNEMANN**
United States Bankruptcy Judge

Order submitted by:
Attorney for Debtor: Elizabeth A. Green, Baker & Hostetler LLP, P.O. Box 112, Orlando, FL 32802-0112;

Copies provided to:
Debtor: KA and KM Development, Inc., Attn: Arti Kalidas, 8865 Commodity Circle, Suite 14B, Orlando, FL 32819;

SunTrust Bank, c/o Jules Cohen Esq., Akerman Senterfitt, 420 S. Orange Avenue, Suite 1200, Orlando, FL 32801;

Creditors Committee c/o Roy Kobert, Esq., 390 N. Orange Ave., Suite 1400, Orlando, FL 32801;

Elena Escamilla, Esq., U.S. Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and

Local Rule 1007-2 Parties-in-Interest List.

# Lake Eve
## Cash Budget

| | May 3 - 9 | ACTUAL May 3 - 9 | May 10 - 16 | ACTUAL May 10 - 16 | May 17- 23 | ACTUAL May 17- 23 | May 24 - 30 | ACTUAL May 24 - 30 | May 31 - Jun 6 | ACTUAL May 31 - Jun 6 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **ADR** | 85.71 | *84.23* | 87.50 | *88.30* | 71.43 | *82.46* | 90.47 | *90.07* | 88.71 | *87.49* |
| **Occupancy** | 28.41% | *24.68%* | 32.47% | *20.86%* | 56.82% | *30.93%* | 34.90% | *35.15%* | 40.61% | *29.63%* |
| **Rooms Revenue** | 30,000 | *25,606* | 35,000 | *22,693* | 50,000 | *31,419* | 38,900 | *39,001* | 44,384 | *31,934* |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | 732.71 | *1,189.23* | 1,057.25 | - | 813.17 | *3,689.72* | 923.18 | *11,399.31* | 1,466.75 | *2,097.37* |
| Accounts Receivable | - | | 10,000.00 | | 10,000.00 | | 22,000.00 | | - | *22,562.36* |
| Credit Cards | 11,000.93 | *6,613.35* | 12,822.49 | *12,442.18* | 18,501.86 | *8,411.01* | 14,230.43 | *15,091.48* | 16,155.69 | *25,034.57* |
| Gift Shop - Monthly Rental | | | | | | | - | | 500.00 | |
| Other Non Revenue Collections (Sales Tax) | 2,043.03 | | 2,381.32 | | 3,436.06 | | 2,354.98 | | 1,050.12 | |
| Resort Tax (6%) | 1,571.56 | | 1,831.78 | | 2,643.12 | | 2,173.83 | | 969.34 | |
| **Total Cash Receipts** | **15,348.24** | ***7,802.58*** | **28,092.85** | ***12,442.18*** | **35,394.21** | ***12,100.73*** | **41,682.41** | ***26,490.79*** | **20,141.89** | ***49,694.30*** |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 4,821.41 | | 5,510.18 | *3,127.30* | 9,642.82 | *8,559.23* | 7,064.88 | *7,064.88* | 9,947.82 | *3,081.68* |
| Front Office Weekly Payroll | 1,695.14 | | 1,937.31 | *5,765.98* | 3,390.29 | *6,518.02* | 0.00 | | 5,402.07 | *5,893.81* |
| Food Weekly Payroll | 744.30 | | 850.63 | *5,683.08* | 1,488.59 | *4,679.78* | 0.00 | | 2,653.78 | *6,682.21* |
| A&G Weekly Payroll | 5,322.89 | | 5,322.89 | *3,295.86* | 5,322.89 | *3,888.84* | 0.00 | | 4,889.34 | *3,351.70* |
| Sales & Marketing Weekly Payroll | 1,875.00 | | 1,875.00 | | 1,875.00 | | 7,500.00 | | 0.00 | |
| Maintenance Payroll | 1,378.77 | | 1,378.77 | *847.42* | 1,378.77 | *1,505.33* | 0.00 | *1,837.10* | 2,080.33 | *1,671.74* |
| Insurance - WC (included above) | 537.50 | | 600.00 | | 975.00 | | 0.00 | | 0.00 | |
| Insurance - Building | 2,011.04 | | 2,298.33 | | 4,022.08 | | 13,791.67 | *13,791.67* | 0.00 | |
| Employee Benefits / Payroll Taxes (included above) | 1,550.16 | | 1,771.61 | | 3,100.31 | | 0.00 | | 0.00 | |
| Property Management System | 653.89 | | 653.89 | | 653.89 | | 5,015.55 | *5,015.55* | 0.00 | |
| Food for Restaurant | 469.58 | | 536.67 | | 939.17 | | 0.00 | | 0.00 | *1,443.04* |
| Food Supplies for Restaurant | 117.07 | | 133.79 | | 234.14 | | 0.00 | | 0.00 | |
| Cleaning Supplies for Restaurant | 58.45 | | 66.80 | | 116.90 | | 0.00 | | 64.89 | *63.89* |
| Cleaning Supplies for Housekeeping / Guest Supplies | 680.33 | | 777.52 | | 1,360.65 | | 0.00 | | 0.00 | *870.96* |
| Supplies for Gift Shop | 58.77 | | 67.17 | | 117.54 | | 0.00 | | 0.00 | |
| Maintenance Supplies | 1,502.17 | | 1,525.33 | | 1,664.33 | | 0.00 | | 1,635.72 | *1,708.50* |
| Utilities and Cable | 3,857.51 | | 4,408.58 | | 7,715.02 | | 0.00 | | 22,000.00 | |
| Telephone and Internet Expense | 347.55 | | 397.20 | | 695.10 | | 1,405.00 | | 0.00 | |
| Laundry | 427.07 | | 488.08 | | 854.15 | | 0.00 | | 0.00 | |
| Guest Transportation | 218.75 | | 250.00 | | 437.50 | | 0.00 | | 0.00 | |
| Contract Labor | 69.27 | | 79.17 | | 138.54 | | 0.00 | | 0.00 | |
| Beer, Liquor, Wine Purchases | 99.46 | | 113.67 | | 198.92 | | 122.19 | | 106.52 | |
| Travel Agents Commission | 102.08 | | 116.67 | | 204.17 | | 125.42 | | 157.36 | *130.80* |
| Sales Tax paid in trailing month | | | | | 1,950.00 | | | | | |
| Resort Tax paid in trailing month | | | | | 1,500.00 | | | | | |
| Credit Card Fees | 469.22 | *476.37* | 536.25 | *0.00* | 938.44 | *1,022.60* | 576.47 | *0.00* | 998.63 | *908.09* |
| Sales & Marketing Expenses | 1,137.50 | | 1,137.50 | | 1,137.50 | | 2,821.31 | *3,577.71* | 0.00 | *2,668.00* |
| Maintenance Agreements | 783.75 | | 783.75 | | 783.75 | | 2,198.11 | | 0.00 | *2,198.11* |
| **TOTAL CASH OUT** | **30,988.62** | ***476.37*** | **33,616.74** | ***18,719.64*** | **52,835.45** | ***26,173.80*** | **40,620.60** | ***31,286.91*** | **49,936.46** | ***30,672.53*** |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | -15,640.39 | *7,326.21* | -5,523.90 | *-6,277.46* | -17,441.24 | *-14,073.07* | 1,061.82 | *-4,796.12* | -29,794.57 | *19,021.77* |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 50,759.36 | *44,362.96* | 35,118.97 | *51,689.17* | 29,595.08 | *45,411.71* | 30,000.00 | *31,338.64* | 31,061.82 | *26,542.52* |
| **ENDING CASH BALANCE** | **35,118.97** | ***51,689.17*** | **29,595.08** | ***45,411.71*** | **12,153.84** | ***31,338.64*** | **31,061.82** | ***26,542.52*** | **1,267.25** | ***45,564.29*** |
| **MONTHLY EXCESS CASH FLOW** | | | | | | | | | | |
| **ENDING CASH BALANCE AFTER PAYMENT TO SUNTRUST** | **35,118.97** | ***51,689.17*** | **29,595.08** | ***45,411.71*** | **12,153.84** | ***31,338.64*** | **31,061.82** | ***26,542.52*** | **1,267.25** | ***45,564.29*** |

**Lake Eve**
**Cash Budget**

|  | Jun 7 - 13 | ACTUAL Jun 7 - 13 | Jun 14 - 20 | ACTUAL Jun 14 - 20 | Jun 21 - 27 | ACTUAL Jun 21 - 27 | Jun 28 - Jul 4 | ACTUAL Jun 28 - Jul 4 | Jul 5 - 11 | ACTUAL Jul 5 - 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ADR** | 88.71 | 82.28 | 88.71 | 82.57 | 88.71 | 80.75 | 78.13 | 87.86 | 78.13 | 87.57 |
| **Occupancy** | 64.52% | 68.02% | 88.70% | 87.58% | 57.79% | 66.23% | 42.86% | 43.02% | 79.51% | 49.35% |
| **Rooms Revenue** | 70,516 | 68,947 | 96,937 | 89,097 | 63,163 | 65,890 | 41,249 | 46,565 | 76,531 | 53,243.06 |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | 2,016.29 | 4,116.75 | 1,313.79 | 3,885.32 | 1,340.07 | 6,612.24 | 1,366.87 | 4,777.42 | 1,394.21 | 1,663.34 |
| Accounts Receivable | 24,000.00 | | 34,360.60 | | 26,427.94 | | 30,003.42 | | 47,669.27 | 78,152.92 |
| Credit Cards | 25,668.07 | 21,635.98 | 35,285.13 | 44,473.96 | 22,991.39 | 52,424.42 | 14,860.72 | 39,288.94 | 27,571.72 | 37,474.91 |
| Gift Shop - Monthly Rental | - | | - | | - | | 500.00 | | - | |
| Other Non Revenue Collections (Sales Tax) | 3,228.42 | | 4,526.97 | | 3,212.26 | | 2,916.17 | | 4,890.66 | |
| Resort Tax (6%) | 2,980.08 | | 4,178.74 | | 2,965.16 | | 2,691.85 | | 4,514.46 | |
| **Total Cash Receipts** | **57,892.87** | **25,752.73** | **79,665.23** | **48,359.28** | **56,936.81** | **59,036.66** | **52,339.02** | **44,066.36** | **86,040.32** | **117,291.17** |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 0.00 | | 13,733.93 | 10,629.32 | 0.00 | 19,077.89 | 18,370.38 | 2,888.11 | 0.00 | 16,535.38 |
| Front Office Weekly Payroll | 0.00 | | 4,312.17 | 5,759.22 | 0.00 | | 5,361.47 | 6,936.39 | 0.00 | |
| Food Weekly Payroll | 0.00 | | 2,874.95 | 4,900.45 | 0.00 | | 3,409.95 | 3,558.01 | 0.00 | |
| A&G Weekly Payroll | 0.00 | | 10,529.24 | 5,000.71 | 0.00 | | 10,529.24 | 8,506.46 | 0.00 | |
| Sales & Marketing Weekly Payroll | 0.00 | | 0.00 | | 7,500.00 | 7500.00 | 0.00 | | 0.00 | |
| Maintenance Payroll | 0.00 | | 2,480.33 | 3,548.72 | 0.00 | 1,764.45 | 2,480.33 | 684.86 | 0.00 | 1,684.40 |
| Insurance - WC (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Insurance - Building | 0.00 | | 13,791.67 | | 0.00 | 13,791.67 | 0.00 | | 0.00 | 13,791.67 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Property Management System | 2,866.75 | | 0.00 | | 0.00 | 2,615.55 | 2,615.55 | | 0.00 | |
| Food for Restaurant | 896.46 | 1,425.14 | 576.92 | 1,643.83 | 606.64 | 856.89 | 963.83 | 226.74 | 1,324.95 | 630.24 |
| Food Supplies for Restaurant | 234.14 | | 143.83 | | 110.71 | 3,591.26 | 175.89 | | 241.80 | |
| Cleaning Supplies for Restaurant | 66.80 | | 116.90 | | 71.81 | 63.89 | 122.28 | | 92.60 | |
| Cleaning Supplies for Housekeeping / Guest Supplies | 1,360.65 | 1,853.45 | 835.83 | 2,710.74 | 671.62 | | 1,067.07 | | 1,466.86 | |
| Supplies for Gift Shop | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Maintenance Supplies | 1,340.00 | | 1,340.00 | 794.23 | 748.75 | 2,498.87 | 1,860.75 | 382.74 | 748.75 | 3,856.43 |
| Utilities and Cable | 0.00 | | 0.00 | | 0.00 | 32,910.45 | 22,000.00 | 1,185.74 | 0.00 | 12,615.00 |
| Telephone and Internet Expense | 0.00 | | 1,405.00 | | 0.00 | 2,602.27 | 0.00 | | 0.00 | 2,412.51 |
| Laundry | 854.15 | | 524.69 | | 402.28 | 884.11 | 639.14 | | 878.60 | |
| Guest Transportation | 2,000.00 | | 0.00 | 2,500.00 | 0.00 | | 2,000.00 | | 0.00 | |
| Contract Labor | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Beer, Liquor, Wine Purchases | 169.24 | | 232.65 | | 151.59 | | 75.02 | | 139.18 | |
| Travel Agents Commission | 250.01 | | 343.69 | | 223.94 | | 112.75 | | 209.19 | 144.79 |
| Sales Tax paid in trailing month | | | 13,312.92 | 7,046.18 | | | | | | |
| Resort Tax paid in trailing month | | | 12,288.85 | | | 6,466.78 | | | | |
| Credit Card Fees | 1,586.62 | | 2,181.08 | 148.39 | 1,421.17 | 3,020.31 | 680.61 | 2,368.37 | 1,262.77 | 247.00 |
| Sales & Marketing Expenses | 0.00 | 92.00 | 0.00 | | 0.00 | 897.00 | 1,450.00 | 168.16 | 0.00 | |
| Maintenance Agreements | 0.00 | 777.00 | 0.00 | | 0.00 | | 2,495.00 | | 0.00 | 996.84 |
| **TOTAL CASH OUT** | **11,624.82** | **4,147.59** | **81,024.63** | **44,681.79** | **11,908.51** | **98,541.39** | **76,409.25** | **26,905.58** | **6,364.70** | **52,914.26** |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | 46,268.05 | 21,605.14 | -1,359.40 | 3,677.49 | 45,028.30 | -39,504.73 | -24,070.23 | 17,160.78 | 79,675.62 | 64,376.91 |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 1,267.25 | 45,564.29 | 47,535.30 | 67,169.43 | 46,175.90 | 70,846.92 | 91,204.20 | 31,342.19 | 67,133.97 | 48,502.97 |
| **ENDING CASH BALANCE** | 47,535.30 | 67,169.43 | 46,175.90 | 70,846.92 | 91,204.20 | 31,342.19 | 67,133.97 | 48,502.97 | 146,809.60 | 112,879.88 |
| **MONTHLY EXCESS CASH FLOW** | | | | | | | | | | |
| **ENDING CASH BALANCE AFTER PAYMENT TO SUNTRUST** | 47,535.30 | 67,169.43 | 46,175.90 | 70,846.92 | 91,204.20 | 31,342.19 | 67,133.97 | 48,502.97 | 146,809.60 | 112,879.88 |

# Lake Eve
## Cash Budget

| | Jul 12 - 18 | ACTUAL Jul 12 - 18 | Jul 19 - 25 | ACTUAL Jul 19 - 25 | Jul 26 - Aug 1 | ACTUAL Jul 26 - Aug 1 | Aug 2 - 8 | ACTUAL Aug 2 - 8 | Aug 9 - 15 | ACTUAL Aug 9 - 15 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ADR** | 78.13 | 88.43 | 78.13 | 90.36 | 78.13 | 95.19 | 60.67 | 95.44 | 81.25 | 91.46 |
| **Occupancy** | 97.93% | 75.89% | 93.74% | 75.24% | 75.58% | 80.68% | 70.18% | 87.09% | 83.25% | 56.01% |
| **Rooms Revenue** | 94,254 | 82,686.08 | 90,224 | 83,768.03 | 72,742 | 94,616.95 | 52,453.00 | 102,406.51 | 83,338 | 63,105.75 |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | 1,422.09 | 3,678.02 | 1,450.53 | 36,951.91 | 1,479.54 | 6,747.56 | 1,509.14 | 9,334.68 | 6,882.51 | 26,432.30 |
| Accounts Receivable | 65,529.52 | | 42,698.29 | | 27,598.48 | | 51,204.62 | | 63,062.47 | |
| Credit Cards | 33,956.71 | 46,716.18 | 32,504.59 | 68,757.32 | 26,206.53 | 68,741.03 | 18,980.10 | 86,773.55 | 30,155.48 | 56,630.05 |
| Gift Shop - Monthly Rental | - | | - | | 500.00 | | - | | - | |
| Other Non Revenue Collections (Sales Tax) | 6,466.60 | | 4,888.19 | | 3,497.33 | | 4,562.01 | | 6,059.17 | |
| Resort Tax (6%) | 5,969.17 | | 4,512.17 | | 3,228.30 | | 4,211.08 | | 5,593.08 | |
| **Total Cash Receipts** | 113,344.10 | 50,394.20 | 86,053.78 | 105,709.23 | 62,510.18 | 75,488.59 | 80,466.94 | 96,108.23 | 111,752.70 | 83,062.35 |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 11,677.95 | 16,614.73 | 0.00 | 19,382.88 | 17,187.97 | 10,503.52 | 0.00 | 10,568.75 | 12,438.61 | 16,176.68 |
| Front Office Weekly Payroll | 3,649.91 | 6,217.94 | 0.00 | | 4,785.37 | 6,470.53 | 0.00 | | 3,913.52 | 6,417.66 |
| Food Weekly Payroll | 2,537.28 | 2,219.12 | 0.00 | | 3,116.22 | 5,145.43 | 0.00 | | 2,671.69 | 5,303.45 |
| A&G Weekly Payroll | 10,529.24 | 8,849.53 | 0.00 | | 10,529.24 | 12,274.41 | 0.00 | | 10,529.24 | 9,648.69 |
| Sales & Marketing Weekly Payroll | 0.00 | | 7,500.00 | | 0.00 | 7961.54 | 0.00 | | 0.00 | 3294.83 |
| Maintenance Payroll | 2,360.33 | 5,707.24 | 0.00 | 1,827.83 | 2,360.33 | 2,444.79 | 0.00 | 3551.69 | 2,470.33 | 5459.37 |
| Insurance - WC (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Insurance - Building | 0.00 | 247.45 | 13,791.67 | | 13,791.67 | | 0.00 | | 0.00 | 13,791.67 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Property Management System | 0.00 | 2,255.55 | 0.00 | 251.20 | 2,615.55 | | 0.00 | | 0.00 | |
| Food for Restaurant | 863.32 | 1,116.72 | 396.95 | 1,583.08 | 736.49 | | 907.04 | 4,430.23 | 868.25 | 1,166.97 |
| Food Supplies for Restaurant | 157.55 | | 80.38 | | 149.13 | | 183.67 | 550.58 | 175.82 | |
| Cleaning Supplies for Restaurant | 127.29 | | 82.94 | | 105.98 | | 77.88 | | 95.91 | |
| Cleaning Supplies for Housekeeping / Guest Supplies | 955.79 | 2,982.59 | 626.95 | 1,187.81 | 1,163.21 | 4,895.66 | 1,432.59 | 2,582.36 | 1,371.33 | 1,309.73 |
| Supplies for Gift Shop | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Maintenance Supplies | 748.75 | 811.46 | 748.75 | 2,563.69 | 1,860.75 | 185.32 | 748.75 | 2,100.44 | 748.75 | 1,481.55 |
| Utilities and Cable | 0.00 | 2,874.51 | 0.00 | | 22,000.00 | 38,156.43 | 0.00 | 24,255.66 | 0.00 | |
| Telephone and Internet Expense | 0.00 | 3,449.11 | 1,405.00 | 966.45 | 0.00 | 951.31 | 0.00 | 1,370.00 | 0.00 | 627.80 |
| Laundry | 572.49 | | 406.47 | | 754.14 | | 928.78 | | 889.06 | |
| Guest Transportation | 0.00 | | 0.00 | 2,050.50 | 2,000.00 | | 0.00 | | 0.00 | 750.00 |
| Contract Labor | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Beer, Liquor, Wine Purchases | 171.42 | | 164.09 | | 132.29 | | 110.07 | | 174.88 | |
| Travel Agents Commission | 257.63 | | 246.61 | | 198.83 | | 302.62 | | 480.79 | 867.62 |
| Sales Tax paid in trailing month | | 17,408.54 | 18,590.05 | | | | | | | |
| Resort Tax paid in trailing month | | | 17,160.05 | 16,012.93 | | | | | | |
| Credit Card Fees | 1,555.19 | 149.10 | 1,488.69 | 107.60 | 1,200.24 | | 998.63 | 2,951.36 | 1,586.62 | 149.10 |
| Sales & Marketing Expenses | 0.00 | 1,663.61 | 0.00 | 844.94 | 1,450.00 | 160.80 | 0.00 | 1,631.24 | 0.00 | 818.50 |
| Maintenance Agreements | 0.00 | 3,757.62 | 0.00 | 5,721.14 | 2,495.00 | 2,236.55 | 0.00 | 4,933.27 | 0.00 | 1,431.36 |
| **TOTAL CASH OUT** | 36,164.15 | 76,324.82 | 62,688.60 | 52,500.05 | 88,632.41 | 91,386.29 | 5,690.03 | 58,925.58 | 38,414.81 | 68,694.98 |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | 77,179.95 | -25,930.62 | 23,365.17 | 53,209.18 | -26,122.23 | -15,897.70 | 74,776.91 | 37,182.65 | 73,337.90 | 14,367.37 |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 146,809.60 | 112,879.88 | 223,989.55 | 86,949.26 | 247,354.72 | 140,158.44 | 221,232.49 | 124,260.74 | 124,260.74 | 161,443.39 |
| **ENDING CASH BALANCE** | 223,989.55 | 86,949.26 | 247,354.72 | 140,158.44 | 221,232.49 | 124,260.74 | 296,009.41 | 161,443.39 | 197,598.64 | 175,810.76 |
| **MONTHLY EXCESS CASH FLOW** | | | | | | | | | | |
| **ENDING CASH BALANCE AFTER PAYMENT TO SUNTRUST** | 223,989.55 | 86,949.26 | 247,354.72 | 140,158.44 | 221,232.49 | 124,260.74 | 296,009.41 | 161,443.39 | 197,598.64 | 175,810.76 |

## Lake Eve
## Cash Budget

| | Aug 16 - 22 | ACTUAL Aug 16 - 22 | Aug 23 - 29 | ACTUAL Aug 23 - 29 | Aug 30 - Sept 5 | ACTUAL Aug 30 - Sept 5 | Sept 6 - 12 | ACTUAL Sept 6 - 12 | Sept 13 - 19 | ACTUAL Sept 13 - 19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ADR** | 103.21 | 91.79 | 74.65 | 85.40 | 60.50 | 88.05 | 102.61 | 85.24 | 76.92 | 77.61 |
| **Occupancy** | 90.10% | 41.88% | 81.17% | 23.30% | 40.58% | 22.73% | 54.38% | 23.13% | 10.55% | 16.31% |
| **Rooms Revenue** | 114,562 | 47,361.70 | 74,647 | 24,510.83 | 30,250 | 24,652.74 | 68,750 | 24,294.47 | 10,000 | 15,598.81 |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | 7,020.16 | 112,886.94 | 7,160.56 | 2,815.44 | 7,303.78 | 7,715.67 | 7,449.85 | 3,879.16 | | 41,746.01 |
| Accounts Receivable | 60,365.66 | | 48,669.28 | | 35,248.75 | | 56,003.04 | | 68,500.00 | |
| Credit Cards | 41,453.84 | 59,785.97 | 27,010.85 | 31,453.02 | 11,011.03 | 19,023.93 | 25,025.07 | 27,122.62 | 10,000.00 | 16,098.03 |
| Gift Shop - Monthly Rental | - | | - | | 500.00 | | - | | - | |
| Other Non Revenue Collections (Sales Tax) | 6,618.27 | | 4,919.21 | | 3,006.89 | | 5,266.83 | | 5,102.50 | |
| Resort Tax (6%) | 6,109.17 | | 4,540.81 | | 2,775.59 | | 4,861.69 | | 4,710.00 | |
| **Total Cash Receipts** | **121,567.10** | **172,672.91** | **92,300.71** | **34,268.46** | **59,846.03** | **26,739.60** | **98,606.47** | **31,001.78** | **88,312.50** | **57,844.04** |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 0.00 | 13,517.38 | 18,855.54 | 16,135.48 | 0.00 | 8,827.21 | 10,770.08 | 2,360.22 | 0.00 | 6,427.79 |
| Front Office Weekly Payroll | 0.00 | | 5,532.17 | 6,479.32 | 0.00 | | 3,637.80 | 5,860.60 | 0.00 | |
| Food Weekly Payroll | 0.00 | 109.25 | 3,496.99 | 3,167.93 | 0.00 | | 2,509.74 | 2,124.39 | 0.00 | |
| A&G Weekly Payroll | 0.00 | | 10,529.24 | 6,872.63 | 0.00 | 2,644.45 | 9,965.25 | 11,480.32 | 0.00 | |
| Sales & Marketing Weekly Payroll | 7,500.00 | | 0.00 | 3524.94 | 0.00 | | 0.00 | 3680.06 | 0.00 | |
| Maintenance Payroll | 0.00 | 1763.70 | 2,530.33 | 5623.27 | 0.00 | 1399.56 | 2,530.33 | 2514.14 | 0.00 | 1445.93 |
| Insurance - WC (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Insurance - Building | 13,791.67 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 13,791.67 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Property Management System | 0.00 | 3,275.55 | 0.00 | 1,955.55 | 2,615.85 | 660.00 | 0.00 | | | |
| Food for Restaurant | 700.02 | 662.49 | 619.96 | 764.93 | 984.99 | 1,356.49 | 1,354.03 | | 200.00 | 620.62 |
| Food Supplies for Restaurant | 141.75 | | 131.75 | | 209.32 | | 287.75 | | 0.00 | 25.99 |
| Cleaning Supplies for Restaurant | 91.81 | | 74.02 | | 131.90 | | 107.88 | | 0.00 | |
| Cleaning Supplies for Housekeeping / Guest Supplies | 1,105.62 | 1,174.22 | 852.86 | | 1,355.02 | 1,647.67 | 1,862.70 | | 2,000.00 | 1,230.88 |
| Supplies for Gift Shop | 0.00 | | 0.00 | | 0.00 | | 0.00 | | | |
| Maintenance Supplies | 748.75 | | 748.75 | 862.04 | 1,860.75 | 383.40 | 748.75 | | 500.00 | 1,593.02 |
| Utilities and Cable | 0.00 | | 22,000.00 | 46,323.02 | 0.00 | 7,755.30 | 0.00 | | 0.00 | 5,516.49 |
| Telephone and Internet Expense | 1,405.00 | | 0.00 | 2,182.74 | 0.00 | | 0.00 | | 2,000.00 | 1,679.00 |
| Laundry | 716.80 | | 624.82 | | 992.71 | | 1,364.64 | | 0.00 | |
| Guest Transportation | 0.00 | 750.00 | 0.00 | | 2,000.00 | | 0.00 | | 750.00 | |
| Contract Labor | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | |
| Beer, Liquor, Wine Purchases | 240.40 | | 156.64 | | 72.60 | | 165.00 | | 100.00 | |
| Travel Agents Commission | 660.93 | 444.71 | 430.66 | 963.30 | 178.75 | | 406.25 | | 325.00 | 36.65 |
| Sales Tax paid in trailing month | 25,077.17 | 21,801.07 | | | | | | | | 17,008.50 |
| Resort Tax paid in trailing month | 23,148.15 | 19,570.76 | | | | | | | | |
| Credit Card Fees | 2,181.08 | 118.74 | 1,421.17 | | 680.63 | 4,251.01 | 1,546.88 | 166.60 | 0.00 | 185.66 |
| Sales & Marketing Expenses | 0.00 | 327.60 | 1,550.00 | | 0.00 | 1,682.54 | 0.00 | | 800.00 | 260.93 |
| Maintenance Agreements | 0.00 | 724.20 | 3,135.00 | 3,739.21 | 0.00 | 856.50 | | | 2,000.00 | 2,245.50 |
| **TOTAL CASH OUT** | **77,509.16** | **64,239.67** | **72,689.90** | **98,594.36** | **11,082.21** | **31,464.13** | **37,257.09** | **28,186.33** | **8,675.00** | **52,068.63** |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | 44,057.94 | 108,433.24 | 19,610.81 | -64,325.90 | 48,763.82 | -4,724.53 | 61,349.38 | 2,815.45 | 79,637.50 | 5,775.41 |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 197,598.64 | 175,810.76 | 241,656.58 | 284,244.00 | 261,267.39 | 219,918.10 | 310,031.21 | 215,193.57 | 231,210.00 | 218,009.02 |
| **ENDING CASH BALANCE** | 241,656.58 | 284,244.00 | 261,267.39 | 219,918.10 | 310,031.21 | 215,193.57 | 371,380.60 | 218,009.02 | 310,847.50 | 223,784.43 |
| **MONTHLY EXCESS CASH FLOW** | | | | | | | | | | |
| **ENDING CASH BALANCE AFTER PAYMENT TO SUNTRUST** | 241,656.58 | 284,244.00 | 261,267.39 | 219,918.10 | 310,031.21 | 215,193.57 | 371,380.60 | 218,009.02 | 310,847.50 | 223,784.43 |

# Lake Eve Cash Budget

| | Sept 20 - 26 | ACTUAL Sept 20 - 26 | Sept 27 - Oct 3 | ACTUAL Sept 27 - Oct 3 | Oct 4 - 10 | ACTUAL Oct 4 - 10 | Oct 11 - 17 | ACTUAL Oct 11 - 17 | Oct 18 - 24 | Oct 25 - 31 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ADR** | 83.33 | 81.15 | 74.07 | 74.75 | 83.20 | 80.04 | 84.50 | 81.69 | 91.00 | 85.43 |
| **Occupancy** | 14.61% | 27.35% | 10.96% | 33.20% | 40.58% | 46.02% | 64.94% | 55.19% | 81.17% | 56.82% |
| **Rooms Revenue** | 15,000 | 27,348.04 | 10,000 | 30,571.67 | 41,600 | 45,382.46 | 67,600 | 55,546.46 | 91,000 | 59,800 |
| **CASH IN** | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | |
| Cash Deposits | | 31,051.74 | | 1,878.90 | | 1,569.25 | | 15,024.97 | | |
| Accounts Receivable | | | | | | | | | | |
| Credit Cards | 15,000.00 | 16,289.92 | 10,000.00 | 23,511.17 | 41,975.00 | 36,144.48 | 67,975.00 | 50,960.91 | 91,375.00 | 60,175.00 |
| Gift Shop - Monthly Rental | - | | 500.00 | | - | | - | | - | - |
| Other Non Revenue Collections (Sales Tax) | 975.00 | | 650.00 | | 2,728.38 | | 4,418.38 | | 5,939.38 | 3,911.38 |
| Resort Tax (6%) | 900.00 | | 600.00 | | 2,518.50 | | 4,078.50 | | 5,482.50 | 3,610.50 |
| **Total Cash Receipts** | **16,875.00** | **47,341.66** | **11,750.00** | **25,390.07** | **47,221.88** | **37,713.73** | **76,471.88** | **65,985.88** | **102,796.88** | **67,696.88** |
| **CASH OUT** | | | | | | | | | | |
| Rooms Weekly Payroll | 17,000.00 | 9,917.22 | 0.00 | 3,409.94 | 17,000.00 | 4,100.05 | 0.00 | 4,200.69 | 17,700.00 | 0.00 |
| Front Office Weekly Payroll | 5,000.00 | 5,805.28 | 0.00 | | 5,000.00 | 4,753.94 | 0.00 | | 5,000.00 | 0.00 |
| Food Weekly Payroll | 2,526.10 | 1,307.45 | 0.00 | | 2,503.63 | 1,557.20 | 0.00 | | 2,694.63 | 0.00 |
| A&G Weekly Payroll | 12,000.00 | 17,091.40 | 0.00 | | 12,000.00 | 13,779.15 | 0.00 | | 12,000.00 | 0.00 |
| Sales & Marketing Weekly Payroll | 3,000.00 | 1711.53 | 0.00 | | 3,000.00 | 3192.30 | 0.00 | | 3,000.00 | 0.00 |
| Maintenance Payroll | 6,000.00 | 4783.55 | 0.00 | 1207.24 | 6,000.00 | 2796.29 | 0.00 | 1209.62 | 6,000.00 | 0.00 |
| Insurance - WC (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Insurance - Building | 13,791.67 | | 0.00 | | 0.00 | | 0.00 | 13,555.14 | 13,791.67 | 0.00 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Property Management System | 0.00 | | 2,615.55 | 660.00 | 0.00 | | 2,615.55 | 1,955.55 | 0.00 | 2,615.55 |
| Food for Restaurant | 200.00 | 371.64 | 200.00 | 533.44 | 500.00 | 1,651.18 | 500.00 | 343.65 | 500.00 | 500.00 |
| Food Supplies for Restaurant | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Cleaning Supplies for Restaurant | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Cleaning Supplies for Housekeeping / Guest Supplies | 2,000.00 | 2,433.58 | 2,000.00 | 215.66 | 2,500.00 | 2,182.52 | 2,500.00 | | 3,000.00 | 2,500.00 |
| Supplies for Gift Shop | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Maintenance Supplies | 500.00 | 3,721.21 | 500.00 | 523.05 | 500.00 | 2,887.70 | 500.00 | 35.15 | 500.00 | 500.00 |
| Utilities and Cable | 0.00 | 32,115.14 | 35,000.00 | 3,738.20 | 0.00 | 2,870.56 | 0.00 | 627.80 | 35,000.00 | 0.00 |
| Telephone and Internet Expense | 0.00 | | 0.00 | 1,126.46 | 2,000.00 | 31.25 | 0.00 | 499.88 | 0.00 | 2,000.00 |
| Laundry | 0.00 | | 0.00 | | 0.00 | 600.50 | 0.00 | | 0.00 | 0.00 |
| Guest Transportation | 0.00 | 750.00 | 0.00 | | 750.00 | | 0.00 | | 0.00 | 750.00 |
| Contract Labor | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 0.00 |
| Beer, Liquor, Wine Purchases | 100.00 | | 100.00 | | 100.00 | | 100.00 | | 100.00 | 100.00 |
| Travel Agents Commission | 390.00 | | 325.00 | | 220.00 | | 357.50 | 1,445.68 | 481.25 | 316.25 |
| Sales Tax paid in trailing month | 16,786.07 | | | | | | | | 5,164.93 | |
| Resort Tax paid in trailing month | 15,494.83 | 15,350.95 | | | | | | | 4,767.63 | |
| Credit Card Fees | 0.00 | 173.67 | 5,688.55 | | 0.00 | 1,322.97 | 0.00 | 149.10 | 0.00 | 5,412.70 |
| Sales & Marketing Expenses | 800.00 | 2,799.63 | 800.00 | 978.50 | 900.00 | 5,225.79 | 900.00 | 5,669.97 | 900.00 | 900.00 |
| Maintenance Agreements | 2,000.00 | 325.83 | 2,000.00 | 2,302.30 | 2,700.00 | 1,244.50 | 2,700.00 | 2,875.97 | 3,500.00 | 3,000.00 |
| **TOTAL CASH OUT** | **97,588.67** | **98,658.08** | **49,229.10** | **14,694.79** | **55,673.63** | **48,195.90** | **10,173.05** | **32,568.20** | **114,100.10** | **18,594.50** |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | -80,713.67 | -51,316.42 | -37,479.10 | 10,695.28 | -8,451.76 | -10,482.17 | 66,298.83 | 33,417.68 | -11,303.22 | 49,102.38 |
| **BANK:** | | | | | | | | | | |
| **BEGINNING CASH BALANCE** | 310,847.50 | 223,784.43 | 230,133.83 | 172,468.01 | 117,654.73 | 108,163.29 | 109,202.97 | 97,681.12 | 175,501.80 | 164,198.57 |
| **ENDING CASH BALANCE** | 230,133.83 | 172,468.01 | 192,654.73 | 183,163.29 | 109,202.97 | 97,681.12 | 175,501.80 | 131,098.80 | 164,198.57 | 213,300.95 |
| **MONTHLY EXCESS CASH FLOW** | SEPTEMBER TO SUNTRUST | | -75,000.00 | -75,000.00 | | | | OCTOBER (50% TO SUNTRUST) | | 95,646.23 -47823.11 |
| **ENDING CASH BALANCE AFTER PAYMENT TO SUNTRUST** | 230,133.83 | 172,468.01 | 117,654.73 | 108,163.29 | 109,202.97 | 97,681.12 | 175,501.80 | 131,098.80 | 164,198.57 | 165,477.84 |

|  | Nov 1 - 7 | Nov 8 - 14 | Nov 15 - 21 | Nov 22 - 28 | Nov 29 - Dec 5 | Dec 6 - Dec 12 | Dec 13 - Dec 19 | Dec 20 - Dec 26 | Dec 27 - Jan 3 | Jan 4 - Jan 10 |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | **Lake Eve** |  |  |  |  |  |  |
|  |  |  |  | **Cash Budget** |  |  |  |  |  |  |
| **ADR** | 64.09 | 72.31 | 72.31 | 91.96 | 82.60 | 84.29 | 88.50 | 91.18 | 91.18 | 68.18 |
| **Occupancy** | 44.64% | 52.76% | 52.76% | 93.34% | 20.29% | 28.41% | 40.58% | 89.29% | 89.29% | 44.64% |
| **Rooms Revenue** | 35,250 | 47,000 | 47,000 | 105,750 | 20,650 | 29,500 | 44,250 | 100,300 | 100,300 | 37,500 |
| **CASH IN** |  |  |  |  |  |  |  |  |  |  |
| **Cash Receipts** |  |  |  |  |  |  |  |  |  |  |
| Cash Deposits |  |  |  |  |  |  |  |  |  |  |
| Accounts Receivable |  |  |  |  |  |  |  |  |  |  |
| Credit Cards | 36,575.06 | 48,766.75 | 48,766.75 | 109,725.19 | 20,950.00 | 29,800.00 | 44,550.00 | 100,600.00 | 100,600.00 | 37,875.00 |
| Gift Shop - Monthly Rental | 500.00 | - | - | - | 500.00 | - | - | - | 500.00 | - |
| Other Non Revenue Collections (Sales Tax) | 2,377.38 | 3,169.84 | 3,169.84 | 7,132.14 | 1,361.75 | 1,937.00 | 2,895.75 | 6,539.00 | 6,539.00 | 2,461.88 |
| Resort Tax (6%) | 2,194.50 | 2,926.01 | 2,926.01 | 6,583.51 | 1,257.00 | 1,788.00 | 2,673.00 | 6,036.00 | 6,036.00 | 2,272.50 |
| **Total Cash Receipts** | **41,646.95** | **54,862.59** | **54,862.59** | **123,440.84** | **24,068.75** | **33,525.00** | **50,118.75** | **113,175.00** | **113,675.00** | **42,609.38** |
| **CASH OUT** |  |  |  |  |  |  |  |  |  |  |
| Rooms Weekly Payroll | 17,000.00 | 0.00 | 18,000.00 | 0.00 | 17,000.00 | 0.00 | 17,000.00 | 0.00 | 20,000.00 | 0.00 |
| Front Office Weekly Payroll | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 |
| Food Weekly Payroll | 3,144.03 | 0.00 | 2,301.40 | 0.00 | 2,975.50 | 0.00 | 1,514.95 | 0.00 | 1,514.95 | 0.00 |
| A&G Weekly Payroll | 12,000.00 | 0.00 | 12,000.00 | 0.00 | 12,000.00 | 0.00 | 12,000.00 | 0.00 | 12,000.00 | 0.00 |
| Sales & Marketing Weekly Payroll | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 |
| Maintenance Payroll | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 | 0.00 |
| Insurance  - WC (included above) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance - Building | 0.00 | 0.00 | 13,791.67 | 0.00 | 0.00 | 0.00 | 0.00 | 13,791.67 | 0.00 | 0.00 |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Property Management System | 0.00 | 2,615.55 | 0.00 | 2,615.55 | 0.00 | 2,615.55 | 0.00 | 2,615.55 | 0.00 | 2,615.55 |
| Food for Restaurant | 500.00 | 500.00 | 1,500.00 | 1,000.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Food Supplies for Restaurant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cleaning Supplies for Restaurant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cleaning Supplies for Housekeeping / Guest Supplies | 2,500.00 | 2,500.00 | 2,500.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 2,500.00 | 2,000.00 |
| Supplies for Gift Shop | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Maintenance Supplies | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Utilities and Cable | 0.00 | 40,000.00 | 0.00 | 0.00 | 35,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,000.00 |
| Telephone and Internet Expense | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 0 | 2,000.00 |
| Laundry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Guest Transportation | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 750.00 | 0.00 | 0.00 | 750.00 | 0.00 |
| Contract Labor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beer, Liquor, Wine Purchases | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Travel Agents Commission | 195.00 | 260.00 | 260.00 | 585.00 | 91.00 | 130.00 | 195.00 | 442.00 | 442.00 | 195.00 |
| Sales Tax paid in trailing month |  |  |  | 17,591.26 |  |  | 15,944.57 |  |  |  |
| Resort Tax paid in trailing month |  |  |  | 16,238.09 |  |  | 14,718.06 |  |  |  |
| Credit Card Fees | 0.00 | 0.00 | 0.00 | 4,906.02 | 0.00 | 0.00 | 0.00 | 0.00 | 6,133.92 | 0.00 |
| Sales & Marketing Expenses | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 2,000.00 | 2,000.00 | 1,000.00 | 1,000.00 | 1,500.00 |
| Maintenance Agreements | 2,000.00 | 2,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 4,000.00 | 4,000.00 | 5,000.00 | 5,000.00 | 1,000.00 |
| **TOTAL CASH OUT** | **52,939.03** | **49,475.55** | **71,703.07** | **50,535.91** | **89,166.50** | **15,595.55** | **85,472.58** | **26,949.22** | **64,440.87** | **45,410.55** |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | -11,292.08 | 5,387.04 | -16,840.48 | 72,904.92 | -65,097.75 | 17,929.45 | -35,353.83 | 86,225.78 | 49,234.13 | -2,801.18 |
| **BANK:** |  |  |  |  |  |  |  |  |  |  |
| **BEGINNING CASH BALANCE** | 165,477.84 | 154,185.76 | 159,572.80 | 142,732.33 | 185,541.60 | 120,443.85 | 138,373.30 | 103,019.48 | 189,245.26 | 204,069.83 |
| **ENDING CASH BALANCE** | 154,185.76 | 159,572.80 | 142,732.33 | 215,637.25 | 120,443.85 | 138,373.30 | 103,019.48 | 189,245.26 | 238,479.39 | 201,268.66 |
| **MONTHLY EXCESS CASH FLOW** |  | NOVEMBER |  | 50,159 |  |  | DECEMBER |  | 52,938 |  |
|  |  | (60% TO SUNTRUST) |  | 30,096 |  |  | (65% TO SUNTRUST) |  | 34,410 |  |
| **ENDING CASH BALANCE AFTER PAYMENT TO SUNTRUST** |  |  |  | 185,541.60 |  |  |  |  | 204,069.83 |  |

|  | Jan 11 - Jan 17 | Jan 18 - Jan 24 | Jan 25 - Jan 31 | | Lake Eve<br>Cash Budget |
|---|---:|---:|---:|---|---|
| **ADR** | 57.69 | 87.50 | 87.50 | | |
| **Occupancy** | 52.76% | 81.17% | 81.17% | | |
| **Rooms Revenue** | 37,500 | 87,500 | 87,500 | | |
| **CASH IN** | | | | | |
| **Cash Receipts** | | | | | |
| Cash Deposits | | | | | |
| Accounts Receivable | | | | | |
| Credit Cards | 37,875.00 | 87,875.00 | 87,875.00 | | |
| Gift Shop - Monthly Rental | - | - | - | | |
| Other Non Revenue Collections (Sales Tax) | 2,461.88 | 5,711.88 | 5,711.88 | | |
| Resort Tax (6%) | 2,272.50 | 5,272.50 | 5,272.50 | | |
| **Total Cash Receipts** | **42,609.38** | **98,859.38** | **98,859.38** | | |
| **CASH OUT** | | | | | |
| Rooms Weekly Payroll | 0.00 | 15,000.00 | 0.00 | | |
| Front Office Weekly Payroll | 0.00 | 5,000.00 | 0.00 | | |
| Food Weekly Payroll | 0.00 | 1,514.95 | 0.00 | | |
| A&G Weekly Payroll | 0.00 | 12,000.00 | 0.00 | | |
| Sales & Marketing Weekly Payroll | 0.00 | 3,000.00 | 0.00 | | |
| Maintenance Payroll | 0.00 | 6,000.00 | 0.00 | | |
| Insurance - WC (included above) | 0.00 | 0.00 | 0.00 | | |
| Insurance - Building | 0.00 | 13,791.67 | 0.00 | | |
| Employee Benefits / Payroll Taxes (included above) | 0.00 | 0.00 | 0.00 | | |
| Property Management System | 0.00 | 2,615.55 | 0.00 | | |
| Food for Restaurant | 500.00 | 500.00 | 500.00 | | |
| Food Supplies for Restaurant | 0.00 | 0.00 | 0.00 | | |
| Cleaning Supplies for Restaurant | 0.00 | 0.00 | 0.00 | | |
| Cleaning Supplies for Housekeeping / Guest Supplies | 2,000.00 | 2,000.00 | 2,000.00 | | |
| Supplies for Gift Shop | 0.00 | 0.00 | 0.00 | | |
| Maintenance Supplies | 500.00 | 500.00 | 500.00 | | |
| Utilities and Cable | 0.00 | 0.00 | 0.00 | | |
| Telephone and Internet Expense | 0.00 | 2,000.00 | 0.00 | | |
| Laundry | 0.00 | 0.00 | 0.00 | | |
| Guest Transportation | 0.00 | 750.00 | 0.00 | | |
| Contract Labor | 0.00 | 0.00 | 0.00 | | |
| Beer, Liquor, Wine Purchases | 100.00 | 100.00 | 100.00 | | |
| Travel Agents Commission | 195.00 | 455.00 | 455.00 | | |
| Sales Tax paid in trailing month | | 19,935.22 | | | |
| Resort Tax paid in trailing month | | 18,401.75 | | | |
| Credit Card Fees | 0.00 | 0.00 | 6,845.67 | | |
| Sales & Marketing Expenses | 1,500.00 | 1,500.00 | 1,500.00 | | |
| Maintenance Agreements | 1,000.00 | 1,000.00 | 1,000.00 | | |
| **TOTAL CASH OUT** | **5,795.00** | **106,064.14** | **12,900.67** | | |
| **WEEKLY CASH EXCESS (REQUIREMENTS)** | 36,814.38 | -7,204.77 | 85,958.71 | | |
| **BANK:** | | | | | |
| **BEGINNING CASH BALANCE** | 201,268.66 | 238,083.03 | 230,878.26 | | |
| **ENDING CASH BALANCE** | 238,083.03 | 230,878.26 | 316,836.97 | | |
| **MONTHLY EXCESS CASH FLOW** | JANUARY | | 112,767 | | |
| | (60% TO SUNTRUST) | | 67,660 | | |
| **ENDING CASH BALANCE AFTER PAYMENT TO SUNTRUST** | | | 249,176.69 | | |