UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

KA and KM DEVELOPMENT, INC.

Case No. 6:09-bk-06245-KSJ
Chapter 11

Debtor.
_____/

## OBJECTION TO CONFIRMATION OF AMENDED PLAN OF EARL K. WOOD, THE ORANGE COUNTY TAX COLLECTOR

COMES NOW, EARL K. WOOD, the ORANGE COUNTY TAX COLLECTOR, by and through his undersigned attorneys, and, pursuant to § 1129 of the Bankruptcy Code, hereby files this his Objection to Confirmation of Debtor's Amended Plan, as follows:

1. This is a Chapter 11 proceeding, the Order for Relief having been entered on May 8, 2009. No trustee having been appointed, the Debtor continues to operate its affairs as Debtor-in-Possession.

2. The Tax Collector is a first priority secured creditor of the Debtor for ad valorem real property taxes in this proceeding totaling $35,518.15, exclusive of interest, as set forth on the attached tax statement.

3. The Debtor's Amended Plan fails to classify or provide for the Tax Collector's lien in this proceeding.

4. Because the Plan fails to provide for the Tax Collector to retain his lien and to provide for deferred cash payments equal to the present value of the secured taxes, the Plan fails to comply with § 1129 of the Bankruptcy Code and cannot be confirmed.

WHEREFORE, the Tax Collector respectfully requests that this Court deny confirmation, or condition confirmation upon appropriate treatment for the secured taxes, and for such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy hereof was furnished electronically or by first class mail to KA and KM Development, Inc., Debtor, 8865 Commodity Circle, Suite 14B, Orlando, FL 32819; Elizabeth A. Green, Esq., Baker & Hostetler, LLP, Attorneys for Debtor, 200 S. Orange Ave., Suite 2300, Orlando, FL 32801; and the United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; this 8TH day of March, 2010.

/s/ Michael A. Paasch
MICHAEL A. PAASCH
Florida Bar Number 852805
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Phone: 407-425-9044 / Fax: 407-423-2016
mpaasch@mateerharbert.com

Attorneys for Earl K. Wood,
Orange County Tax Collector

4833-1107-5077, v. 1

# Earl K. Wood, Tax Collector

2009 REAL ESTATE

ORANGE COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | EXEMPTIONS | L.I.S. EXEMPTION | TAXABLE VALUE | ASSESSED VALUE | ESCROW CODE | MILLAGE CODE |
|---|---|---|---|---|---|---|
| 0148264-5 | 0 | | 1,980,050 | 1,980,050 | 0 | 89 ORG |

| TAX AMOUNT | | |
|---|---|---|
| Nov/2009 34097.42 | Feb/2010 35162.97 | 23-24-28-5844-00020 WILLIS R MUNGERS LAND SUB E/22 |
| Dec/2009 34452.61 | MARCH GROSS TAX 35518.15 | LOTS 2 & 31 (LESS BEG SE COR OF LOT 31 RUN W 318.94 FT N 72 |
| Jan/2010 34807.79 | INTEREST/ADV 36583.69 | SEE TAXROLL FOR COMPLETE LEGAL |

SITUS ADDRESS 12388 INTERNATIONAL DR 32821

BANKRUPT

KA & KM DEVELOPMENT INC
7575 KINGSPOINTE PKWY STE 23
ORLANDO, FL 32819-8508

PO Box 545100
Orlando, FL 32854-5100

**Return with payment. Make checks payable to: Earl K. Wood, Tax Collector PO Box 545100 Orlando, FL 32854-5100**

Earl K. Wood, Tax Collector    RETAIN FOR YOUR RECORDS    2009 REAL ESTATE

KA & KM DEVELOPMENT INC
7575 KINGSPOINTE PKWY STE 23
ORLANDO, FL 32819-8508

23-24-28-5844-00020
WILLIS R MUNGERS LAND SUB E/22 LOTS 2 & 31
(LESS BEG SE COR OF LOT 31 RUN W 318.94 FT
N 72
SEE TAXROLL FOR COMPLETE LEGAL

SITUS ADDRESS 12388 INTERNATIONAL DR 32821

Receipt will be mailed upon request.

## AD VALOREM TAXES

| TAX AUTHORITY | ASSESSED VALUE | EXEMPT VALUE | TAXABLE VALUE | MILLAGE* | TAX LEVIED |
|---|---|---|---|---|---|
| GEN COUNTY | 1,980,050 | 0 | 1,980,050 | 4.4347 | $8,780.93 |
| STATE SCHOOL | 1,980,050 | 0 | 1,980,050 | 5.4250 | $10,741.77 |
| LOCAL SCHOOL | 1,980,050 | 0 | 1,980,050 | 2.2480 | $4,451.15 |
| LIBRARY | 1,980,050 | 0 | 1,980,050 | .3748 | $742.12 |
| SFWM | 1,980,050 | 0 | 1,980,050 | .6240 | $1,235.55 |
| UTD | 1,980,050 | 0 | 1,980,050 | 1.8043 | $3,572.60 |
| CNTY FIRE | 1,980,050 | 0 | 1,980,050 | 2.2437 | $4,442.64 |
| I-DR TRANS | 1,980,050 | 0 | 1,980,050 | .2590 | $512.83 |

TOTAL MILLAGE*: 17.4135    *DOLLARS PER $1,000 OF TAXABLE VALUE

AD VALOREM TOTAL: $34,479.59

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | AMOUNT |
|---|---|
| 37 I DR EXTENSION | $1,038.56 |

To pay by credit card, call 1-888-255-0359 (jurisdiction code 1909), or visit www.octaxcol.com.
A fee will be charged by Official Payments for this service.

NON-AD VALOREM TOTAL: $1,038.56
COMBINED TAXES AND ASSESSMENTS: $35,518.15

ORANGE COUNTY NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

| ACCOUNT NUMBER | MILLAGE CODE | ASSESSED VALUE | EXEMPTIONS | L.I.S. EXEMPTION | TAXABLE VALUE |
|---|---|---|---|---|---|
| 0148264-5 | 89 ORG | 1,980,050 | | 0 | 1,980,050 |

| Nov/2009 34097.42 | Dec/2009 34452.61 | Jan/2010 34807.79 | Feb/2010 35162.97 | MARCH GROSS TAX 35518.15 | INTEREST/ADV 36583.69 | ESCROW CODE 0 |